# EXHIBIT A

Facebook Terms / Statement of Rights and Responsibilities
Document Linked at User Sign-up

8/25/2015                                      Terms of Service

Sign Up

Email or Phone          Password

☐ Keep me logged in     Forgot your password?          Log In

## Statement of Rights and Responsibilities

This Statement of Rights and Responsibilities ("Statement," "Terms," or "SRR") derives from the Facebook Principles, and is our terms of service that governs our relationship with users and others who interact with Facebook, as well as Facebook brands, products and services, which we call the "Facebook Services" or "Services". By using or accessing the Facebook Services, you agree to this Statement, as updated from time to time in accordance with Section 13 below. Additionally, you will find resources at the end of this document that help you understand how Facebook works.

Because Facebook provides a wide range of Services, we may ask you to review and accept supplemental terms that apply to your interaction with a specific app, product, or service. To the extent those supplemental terms conflict with this SRR, the supplemental terms associated with the app, product, or service govern with respect to your use of such app, product or service to the extent of the conflict.

1. **Privacy**

   Your privacy is very important to us. We designed our Data Policy to make important disclosures about how you can use Facebook to share with others and how we collect and can use your content and information. We encourage you to read the Data Policy, and to use it to help you make informed decisions.

2. **Sharing Your Content and Information**

   You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. In addition:
   1. For content that is covered by intellectual property rights, like photos and videos (IP content), you specifically give us the following permission, subject to your privacy and application settings: you grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any IP content that you post on or in connection with Facebook (IP License). This IP License ends when you delete your IP content or your account unless your content has been shared with others, and they have not deleted it.
   2. When you delete IP content, it is deleted in a manner similar to emptying the recycle bin on a computer. However, you understand that removed content may persist in backup copies for a reasonable period of time (but will not be available to others).
   3. When you use an application, the application may ask for your permission to access your content and information as well as content and information that others have shared with you.  We require applications to respect your privacy, and your agreement with that application will control how the application can use, store, and transfer that content and information.  (To learn more about Platform, including how you can control what information other people may share with applications, read our Data Policy and Platform Page.)
   4. When you publish content or information using the Public setting, it means that you are allowing everyone, including people off of Facebook, to access and use that information, and to associate it with you (i.e., your name and profile picture).
   5. We always appreciate your feedback or other suggestions about Facebook, but you understand that we may use your feedback or suggestions without any obligation to compensate you for them (just as you have no obligation to offer them).

3. **Safety**

   We do our best to keep Facebook safe, but we cannot guarantee it. We need your help to keep Facebook safe, which includes the following commitments by you:
   1. You will not post unauthorized commercial communications (such as spam) on Facebook.
   2. You will not collect users' content or information, or otherwise access Facebook, using automated means (such as harvesting bots, robots, spiders, or scrapers) without our prior permission.
   3. You will not engage in unlawful multi-level marketing, such as a pyramid scheme, on Facebook.
   4. You will not upload viruses or other malicious code.
   5. You will not solicit login information or access an account belonging to someone else.
   6. You will not bully, intimidate, or harass any user.
   7. You will not post content that: is hate speech, threatening, or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
   8. You will not develop or operate a third-party application containing alcohol-related, dating or other mature content (including advertisements) without appropriate age-based restrictions.
   9. You will not use Facebook to do anything unlawful, misleading, malicious, or discriminatory.
   10. You will not do anything that could disable, overburden, or impair the proper working or appearance of Facebook, such as a denial of service attack or interference with page rendering or other Facebook functionality.
   11. You will not facilitate or encourage any violations of this Statement or our policies.

4. **Registration and Account Security**

   Facebook users provide their real names and information, and we need your help to keep it that way. Here are some commitments you make to us relating to registering and maintaining the security of your account:
   1. You will not provide any false personal information on Facebook, or create an account for anyone other than yourself without permission.
   2. You will not create more than one personal account.
   3. If we disable your account, you will not create another one without our permission.
   4. You will not use your personal timeline primarily for your own commercial gain, and will use a Facebook Page for such purposes.
   5. You will not use Facebook if you are under 13.
   6. You will not use Facebook if you are a convicted sex offender.
   7. You will keep your contact information accurate and up-to-date.
   8. You will not share your password (or in the case of developers, your secret key), let anyone else access your account, or do anything else that might jeopardize the security of your account.
   9. You will not transfer your account (including any Page or application you administer) to anyone without first getting our written permission.
   10. If you select a username or similar identifier for your account or Page, we reserve the right to remove or reclaim it if we believe it is appropriate (such as when a trademark owner complains about a username that does not closely relate to a user's actual name).

5. **Protecting Other People's Rights**

8/25/2015                                   Terms of Service

We respect other people's rights, and expect you to do the same.

1. You will not post content or take any action on Facebook that infringes or violates someone else's rights or otherwise violates the law.
2. We can remove any content or information you post on Facebook if we believe that it violates this Statement or our policies.
3. We provide you with tools to help you protect your intellectual property rights. To learn more, visit our How to Report Claims of Intellectual Property Infringement page.
4. If we remove your content for infringing someone else's copyright, and you believe we removed it by mistake, we will provide you with an opportunity to appeal.
5. If you repeatedly infringe other people's intellectual property rights, we will disable your account when appropriate.
6. You will not use our copyrights or Trademarks or any confusingly similar marks, except as expressly permitted by our Brand Usage Guidelines or with our prior written permission.
7. If you collect information from users, you will: obtain their consent, make it clear you (and not Facebook) are the one collecting their information, and post a privacy policy explaining what information you collect and how you will use it.
8. You will not post anyone's identification documents or sensitive financial information on Facebook.
9. You will not tag users or send email invitations to non-users without their consent. Facebook offers social reporting tools to enable users to provide feedback about tagging.

## 6. Mobile and Other Devices

1. We currently provide our mobile services for free, but please be aware that your carrier's normal rates and fees, such as text messaging and data charges, will still apply.
2. In the event you change or deactivate your mobile telephone number, you will update your account information on Facebook within 48 hours to ensure that your messages are not sent to the person who acquires your old number.
3. You provide consent and all rights necessary to enable users to sync (including through an application) their devices with any information that is visible to them on Facebook.

## 7. Payments

If you make a payment on Facebook, you agree to our Payments Terms unless it is stated that other terms apply.

## 8. Special Provisions Applicable to Developers/Operators of Applications and Websites

If you are a developer or operator of a Platform application or website or if you use Social Plugins, you must comply with the Facebook Platform Policy.

## 9. About Advertisements and Other Commercial Content Served or Enhanced by Facebook

Our goal is to deliver advertising and other commercial or sponsored content that is valuable to our users and advertisers. In order to help us do that, you agree to the following:

1. You give us permission to use your name, profile picture, content, and information in connection with commercial, sponsored, or related content (such as a brand you like) served or enhanced by us. This means, for example, that you permit a business or other entity to pay us to display your name and/or profile picture with your content or information, without any compensation to you. If you have selected a specific audience for your content or information, we will respect your choice when we use it.
2. We do not give your content or information to advertisers without your consent.
3. You understand that we may not always identify paid services and communications as such.

## 10. Special Provisions Applicable to Advertisers

If you use our self-service advertising creation interfaces for creation, submission and/or delivery of any advertising or other commercial or sponsored activity or content (collectively, the "Self-Serve Ad Interfaces"), you agree to our Self-Serve Ad Terms. In addition, your advertising or other commercial or sponsored activity or content placed on Facebook or our publisher network will comply with our Advertising Policies.

## 11. Special Provisions Applicable to Pages

If you create or administer a Page on Facebook, or run a promotion or an offer from your Page, you agree to our Pages Terms.

## 12. Special Provisions Applicable to Software

1. If you download or use our software, such as a stand-alone software product, an app, or a browser plugin, you agree that from time to time, the software may download and install upgrades, updates and additional features from us in order to improve, enhance, and further develop the software.
2. You will not modify, create derivative works of, decompile, or otherwise attempt to extract source code from us, unless you are expressly permitted to do so under an open source license, or we give you express written permission.

## 13. Amendments

1. We'll notify you before we make changes to these terms and give you the opportunity to review and comment on the revised terms before continuing to use our Services.
2. If we make changes to policies, guidelines or other terms referenced in or incorporated by this Statement, we may provide notice on the Site Governance Page.
3. Your continued use of the Facebook Services, following notice of the changes to our terms, policies or guidelines, constitutes your acceptance of our amended terms, policies or guidelines.

## 14. Termination

If you violate the letter or spirit of this Statement, or otherwise create risk or possible legal exposure for us, we can stop providing all or part of Facebook to you. We will notify you by email or at the next time you attempt to access your account. You may also delete your account or disable your application at any time. In all such cases, this Statement shall terminate, but the following provisions will still apply: 2.2, 2.4, 3-5, 9.3, and 14-18.

Terms of Service

### 15. Disputes

1. You will resolve any claim, cause of action or dispute (claim) you have with us arising out of or relating to this Statement or Facebook exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and you agree to submit to the personal jurisdiction of such courts for the purpose of litigating all such claims. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions.
2. If anyone brings a claim against us related to your actions, content or information on Facebook, you will indemnify and hold us harmless from and against all damages, losses, and expenses of any kind (including reasonable legal fees and costs) related to such claim. Although we provide rules for user conduct, we do not control or direct users' actions on Facebook and are not responsible for the content or information users transmit or share on Facebook. We are not responsible for any offensive, inappropriate, obscene, unlawful or otherwise objectionable content or information you may encounter on Facebook. We are not responsible for the conduct, whether online or offline, of any user of Facebook.
3. WE TRY TO KEEP FACEBOOK UP, BUG-FREE, AND SAFE, BUT YOU USE IT AT YOUR OWN RISK. WE ARE PROVIDING FACEBOOK AS IS WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. WE DO NOT GUARANTEE THAT FACEBOOK WILL ALWAYS BE SAFE, SECURE OR ERROR-FREE OR THAT FACEBOOK WILL ALWAYS FUNCTION WITHOUT DISRUPTIONS, DELAYS OR IMPERFECTIONS. FACEBOOK IS NOT RESPONSIBLE FOR THE ACTIONS, CONTENT, INFORMATION, OR DATA OF THIRD PARTIES, AND YOU RELEASE US, OUR DIRECTORS, OFFICERS, EMPLOYEES, AND AGENTS FROM ANY CLAIMS AND DAMAGES, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY CLAIM YOU HAVE AGAINST ANY SUCH THIRD PARTIES. IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE §1542, WHICH SAYS: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR. WE WILL NOT BE LIABLE TO YOU FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, SPECIAL, INDIRECT, OR INCIDENTAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS STATEMENT OR FACEBOOK, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR AGGREGATE LIABILITY ARISING OUT OF THIS STATEMENT OR FACEBOOK WILL NOT EXCEED THE GREATER OF ONE HUNDRED DOLLARS ($100) OR THE AMOUNT YOU HAVE PAID US IN THE PAST TWELVE MONTHS. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN SUCH CASES, FACEBOOK'S LIABILITY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

### 16. Special Provisions Applicable to Users Outside the United States

We strive to create a global community with consistent standards for everyone, but we also strive to respect local laws. The following provisions apply to users and non-users who interact with Facebook outside the United States:

1. You consent to having your personal data transferred to and processed in the United States.
2. If you are located in a country embargoed by the United States, or are on the U.S. Treasury Department's list of Specially Designated Nationals you will not engage in commercial activities on Facebook (such as advertising or payments) or operate a Platform application or website. You will not use Facebook if you are prohibited from receiving products, services, or software originating from the United States.
3. Certain specific terms that apply only for German users are available here.

### 17. Definitions

1. By "Facebook" or "Facebook Services" we mean the features and services we make available, including through (a) our website at www.facebook.com and any other Facebook branded or co-branded websites (including sub-domains, international versions, widgets, and mobile versions); (b) our Platform; (c) social plugins such as the Like button, the Share button and other similar offerings; and (d) other media, brands, products, services, software (such as a toolbar), devices, or networks now existing or later developed. Facebook reserves the right to designate, in its sole discretion, that certain of our brands, products, or services are governed by separate terms and not this SRR.
2. By "Platform" we mean a set of APIs and services (such as content) that enable others, including application developers and website operators, to retrieve data from Facebook or provide data to us.
3. By "information" we mean facts and other information about you, including actions taken by users and non-users who interact with Facebook.
4. By "content" we mean anything you or other users post, provide or share using Facebook Services.
5. By "data" or "user data" or "user's data" we mean any data, including a user's content or information that you or third parties can retrieve from Facebook or provide to Facebook through Platform.
6. By "post" we mean post on Facebook or otherwise make available by using Facebook.
7. By "use" we mean use, run, copy, publicly perform or display, distribute, modify, translate, and create derivative works of.
8. By "application" we mean any application or website that uses or accesses Platform, as well as anything else that receives or has received data from us. If you no longer access Platform but have not deleted all data from us, the term application will apply until you delete the data.
9. By "Trademarks" we mean the list of trademarks provided here.

### 18. Other

1. If you are a resident of or have your principal place of business in the US or Canada, this Statement is an agreement between you and Facebook, Inc. Otherwise, this Statement is an agreement between you and Facebook Ireland Limited. References to "us," "we," and "our" mean either Facebook, Inc. or Facebook Ireland Limited, as appropriate.
2. This Statement makes up the entire agreement between the parties regarding Facebook, and supersedes any prior agreements.
3. If any portion of this Statement is found to be unenforceable, the remaining portion will remain in full force and effect.
4. If we fail to enforce any of this Statement, it will not be considered a waiver.
5. Any amendment to or waiver of this Statement must be made in writing and signed by us.
6. You will not transfer any of your rights or obligations under this Statement to anyone else without our consent.
7. All of our rights and obligations under this Statement are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise.
8. Nothing in this Statement shall prevent us from complying with the law.
9. This Statement does not confer any third party beneficiary rights.
10. We reserve all rights not expressly granted to you.
11. You will comply with all applicable laws when using or accessing Facebook.

**By using or accessing Facebook Services, you agree that we can collect and use such content and information in accordance with the Data Policy as amended from time to time. You may also want to review the following documents, which provide additional information about your use of Facebook:**

- Payment Terms: These additional terms apply to all payments made on or through Facebook, unless it is stated that other terms apply.
- Platform Page: This page helps you better understand what happens when you add a third-party application or use Facebook Connect, including how they may access and use

8/25/2015                                                                                             Terms of Service

your data.
- Facebook Platform Policies: These guidelines outline the policies that apply to applications, including Connect sites.
- Advertising Policies: These guidelines outline the policies that apply to advertisements placed on Facebook.
- Self-Serve Ad Terms: These terms apply when you use the Self-Serve Ad Interfaces to create, submit, or deliver any advertising or other commercial or sponsored activity or content.
- Promotions Guidelines: These guidelines outline the policies that apply if you offer contests, sweepstakes, and other types of promotions on Facebook.
- Facebook Brand Resources: These guidelines outline the policies that apply to use of Facebook trademarks, logos and screenshots.
- How to Report Claims of Intellectual Property Infringement
- Pages Terms: These guidelines apply to your use of Facebook Pages.
- Community Standards: These guidelines outline our expectations regarding the content you post to Facebook and your activity on Facebook.

To access the Statement of Rights and Responsibilities in several different languages, change the language setting for your Facebook session by clicking on the language link in the left corner of most pages.  If the Statement is not available in the language you select, we will default to the English version.

| Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | Badges | People | Pages | Places |
| Games | Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices |
| Terms | Help | | | | | | | | |

Facebook © 2015
English (US)

# EXHIBIT B

Facebook Data Policy
NOTE: Facebook "full_data_use_policy" not linked at sign-up.

8/25/2015                                    Data Policy

Sign Up

Email or Phone          Password
□ Keep me logged in     Forgot your password?          Log In

 What kinds of information do we collect?

 How do we use this information?

 How is this information shared?

 How can I manage or delete information about me?

 How do we respond to legal requests or prevent harm?

 How our global services operate

 How will we notify you of changes to this policy?

 How to contact Facebook with questions

Facebook Ads Controls

Privacy Basics

Cookies Policy

Terms

**More Resources**

· View the complete Data Policy
· Interactive Tools
· Minors and Safety
· Facebook Privacy Page
· Facebook Safety Page
· Facebook Site Governance Page

# Data Policy

We give you the power to share as part of our mission to make the world more open and connected. This policy describes what information we collect and how it is used and shared. You can find additional tools and information at Privacy Basics.

As you review our policy, keep in mind that it applies to all Facebook brands, products and services that do not have a separate privacy policy or that link to this policy, which we call the "Facebook Services" or "Services."

Return to top

# What kinds of information do we collect?

Depending on which Services you use, we collect different kinds of information from or about you.

**Things you do and information you provide.**
We collect the content and other information you provide when you use our Services, including when you sign up for an account, create or share, and message or communicate with others. This can include information in or about the content you provide, such as the location of a photo or the date a file was created. We also collect information about how you use our Services, such as the types of content you view or engage with or

Data Policy

the frequency and duration of your activities.

### Things others do and information they provide.

We also collect content and information that other people provide when they use our Services, including information about you, such as when they share a photo of you, send a message to you, or upload, sync or import your contact information.

### Your networks and connections.

We collect information about the people and groups you are connected to and how you interact with them, such as the people you communicate with the most or the groups you like to share with. We also collect contact information you provide if you upload, sync or import this information (such as an address book) from a device.

### Information about payments.

If you use our Services for purchases or financial transactions (like when you buy something on Facebook, make a purchase in a game, or make a donation), we collect information about the purchase or transaction. This includes your payment information, such as your credit or debit card number and other card information, and other account and authentication information, as well as billing, shipping and contact details.

### Device information.

We collect information from or about the computers, phones, or other devices where you install or access our Services, depending on the permissions you've granted. We may associate the information we collect from your different devices, which helps us provide consistent Services across your devices. Here are some examples of the device information we collect:

- Attributes such as the operating system, hardware version, device settings, file and software names and types, battery and signal strength, and device identifiers.
- Device locations, including specific geographic locations, such as through GPS, Bluetooth, or WiFi signals.
- Connection information such as the name of your mobile operator or ISP, browser type, language and time zone, mobile phone number and IP address.

### Information from websites and apps that use our Services.

We collect information when you visit or use third-party websites and apps that use our Services (like when they offer our Like button or Facebook Log In or use our measurement and advertising services). This includes information about the websites and apps you visit, your use of our Services on those websites and apps, as well as information the developer or publisher of the app or website provides to you or us.

### Information from third-party partners.

We receive information about you and your activities on and off Facebook from third-party partners, such as information from a partner when we jointly offer services or from an advertiser about your experiences or interactions with them.

**Facebook companies.**
We receive information about you from companies that are owned or operated by Facebook, in accordance with their terms and policies. Learn more about these companies and their privacy policies.

Return to top

# How do we use this information?

We are passionate about creating engaging and customized experiences for people. We use all of the information we have to help us provide and support our Services. Here's how:

**Provide, improve and develop Services.**
We are able to deliver our Services, personalize content, and make suggestions for you by using this information to understand how you use and interact with our Services and the people or things you're connected to and interested in on and off our Services.

We also use information we have to provide shortcuts and suggestions to you. For example, we are able to suggest that your friend tag you in a picture by comparing your friend's pictures to information we've put together from your profile pictures and the other photos in which you've been tagged. If this feature is enabled for you, you can control whether we suggest that another user tag you in a photo using the "Timeline and Tagging" settings.

When we have location information, we use it to tailor our Services for you and others, like helping you to check-in and find local events or offers in your area or tell your friends that you are nearby.

We conduct surveys and research, test features in development, and analyze the information we have to evaluate and improve products and services, develop new products or features, and conduct audits and troubleshooting activities.

**Communicate with you.**
We use your information to send you marketing communications, communicate with you about our Services and let you know about our policies and terms. We also use your information to respond to you when you contact us.

**Show and measure ads and services.**
We use the information we have to improve our advertising and measurement systems so we can show you relevant ads on and off our Services and measure the effectiveness and reach of ads and services. Learn more about advertising on our Services and how you can control how information about you is used to personalize the ads you see.

Data Policy

### Promote safety and security.

We use the information we have to help verify accounts and activity, and to promote safety and security on and off of our Services, such as by investigating suspicious activity or violations of our terms or policies. We work hard to protect your account using teams of engineers, automated systems, and advanced technology such as encryption and machine learning. We also offer easy-to-use security tools that add an extra layer of security to your account. For more information about promoting safety on Facebook, visit the Facebook Security Help Center.

We use cookies and similar technologies to provide and support our Services and each of the uses outlined and described in this section of our policy. Read our Cookie Policy to learn more.

Return to top

# How is this information shared?

### Sharing On Our Services

People use our Services to connect and share with others. We make this possible by sharing your information in the following ways:

### People you share and communicate with.

When you share and communicate using our Services, you choose the audience who can see what you share. For example, when you post on Facebook, you select the audience for the post, such as a customized group of individuals, all of your Friends, or members of a Group. Likewise, when you use Messenger, you also choose the people you send photos to or message.

Public information is any information you share with a public audience, as well as information in your Public Profile, or content you share on a Facebook Page or another public forum. Public information is available to anyone on or off our Services and can be seen or accessed through online search engines, APIs, and offline media, such as on TV.

In some cases, people you share and communicate with may download or re-share this content with others on and off our Services. When you comment on another person's post or like their content on Facebook, that person decides the audience who can see your comment or like. If their audience is public, your comment will also be public.

### People that see content others share about you.

Other people may use our Services to share content about you with the audience they choose. For example, people may share a photo of you, mention or tag you at a location in a post, or share information about you that you shared with them. If you have concerns with someone's post, social reporting is a way for people to quickly and easily ask for help from someone they trust. Learn More.

**Apps, websites and third-party integrations on or using our Services.**
When you use third-party apps, websites or other services that use, or
are integrated with, our Services, they may receive information about
what you post or share. For example, when you play a game with your
Facebook friends or use the Facebook Comment or Share button on a
website, the game developer or website may get information about your
activities in the game or receive a comment or link that you share from
their website on Facebook. In addition, when you download or use such
third-party services, they can access your Public Profile, which includes
your username or user ID, your age range and country/language, your list
of friends, as well as any information that you share with them.
Information collected by these apps, websites or integrated services is
subject to their own terms and policies.

Learn more about how you can control the information about you that
you or others share with these apps and websites.

**Sharing within Facebook companies.**
We share information we have about you within the family of companies
that are part of Facebook. Learn more about our companies.

**New owner.**
If the ownership or control of all or part of our Services or their assets
changes, we may transfer your information to the new owner.

**Sharing With Third-Party Partners and Customers**
We work with third party companies who help us provide and improve our Services or
who use advertising or related products, which makes it possible to operate our
companies and provide free services to people around the world.

Here are the types of third parties we can share information with about you:

**Advertising, Measurement and Analytics Services (Non-Personally
Identifiable Information Only).**
We want our advertising to be as relevant and interesting as the other
information you find on our Services. With this in mind, we use all of the
information we have about you to show you relevant ads. We do not
share information that personally identifies you (personally identifiable
information is information like name or email address that can by itself be
used to contact you or identifies who you are) with advertising,
measurement or analytics partners unless you give us permission. We
may provide these partners with information about the reach and
effectiveness of their advertising without providing information that
personally identifies you, or if we have aggregated the information so that
it does not personally identify you. For example, we may tell an advertiser
how its ads performed, or how many people viewed their ads or installed
an app after seeing an ad, or provide non-personally identifying
demographic information (such as 25 year old female, in Madrid, who likes
software engineering) to these partners to help them understand their
audience or customers, but only after the advertiser has agreed to abide
by our advertiser guidelines.

Please review your advertising preferences to understand why you're

Data Policy

seeing a particular ad on Facebook. You can adjust your ad preferences if
you want to control and manage your ad experience on Facebook.

**Vendors, service providers and other partners.**
We transfer information to vendors, service providers, and other
partners who globally support our business, such as providing technical
infrastructure services, analyzing how our Services are used, measuring
the effectiveness of ads and services, providing customer service,
facilitating payments, or conducting academic research and surveys.
These partners must adhere to strict confidentiality obligations in a way
that is consistent with this Data Policy and the agreements we enter into
with them.

Return to top

# How can I manage or delete
# information about me?

You can manage the content and information you share when you use Facebook through
the Activity Log tool. You can also download information associated with your Facebook
account through our Download Your Information tool.

We store data for as long as it is necessary to provide products and services to you and
others, including those described above. Information associated with your account will be
kept until your account is deleted, unless we no longer need the data to provide products
and services.

You can delete your account any time. When you delete your account, we delete things
you have posted, such as your photos and status updates. If you do not want to delete
your account, but want to temporarily stop using Facebook, you may deactivate your
account instead. To learn more about deactivating or deleting your account, click here.
Keep in mind that information that others have shared about you is not part of your
account and will not be deleted when you delete your account.

Return to top

# How do we respond to legal requests
# or prevent harm?

We may access, preserve and share your information in response to a legal request (like a
search warrant, court order or subpoena) if we have a good faith belief that the law
requires us to do so. This may include responding to legal requests from jurisdictions
outside of the United States where we have a good faith belief that the response is

required by law in that jurisdiction, affects users in that jurisdiction, and is consistent with internationally recognized standards. We may also access, preserve and share information when we have a good faith belief it is necessary to: detect, prevent and address fraud and other illegal activity; to protect ourselves, you and others, including as part of investigations; or to prevent death or imminent bodily harm. For example, we may provide information to third-party partners about the reliability of your account to prevent fraud and abuse on and off of our Services. Information we receive about you, including financial transaction data related to purchases made with Facebook, may be accessed, processed and retained for an extended period of time when it is the subject of a legal request or obligation, governmental investigation, or investigations concerning possible violations of our terms or policies, or otherwise to prevent harm. We also may retain information from accounts disabled for violations of our terms for at least a year to prevent repeat abuse or other violations of our terms.

Return to top

# How our global services operate

Facebook, Inc. complies with the US-EU and US-Swiss Safe Harbor framework for the collection, use and retention of information from the European Union and Switzerland, as set out by the Department of Commerce. To view our certification, visit the Safe Harbor website.

As part of our participation in the Safe Harbor program, we will resolve disputes you have with us in connection with our policies and practices through TRUSTe. You can contact TRUSTe through their website.

Facebook may share information internally within our family of companies or with third parties for purposes described in this policy. Information collected within the European Economic Area ("EEA") may, for example, be transferred to countries outside of the EEA for the purposes as described in this policy.

Return to top

# How will we notify you of changes to this policy?

We'll notify you before we make changes to this policy and give you the opportunity to review and comment on the revised policy before continuing to use our Services.

Return to top

Data Policy

# How to contact Facebook with questions

To learn more about how privacy works on Facebook, please check out Privacy Basics. If you have questions about this policy, here's how you can reach us:

---

If you live in the US or Canada..

Please contact Facebook, Inc. online or by mail at:

**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, CA 94025**

---

If you live anywhere else

The data controller responsible for your information is Facebook Ireland Ltd., which you can contact online or by mail at:

**Facebook Ireland Ltd.**
**4 Grand Canal Square**
**Grand Canal Harbour**
**Dublin 2 Ireland**

---

Date of Last Revision: January 30, 2015

| Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | Badges | People | Pages | Places |
|---------|--------|-----------|---------------|--------|--------------|--------|--------|--------|--------|
| Games | Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices |
| Terms | Help | | | | | | | | |

Facebook © 2015
English (US)

8/25/2015                                                                                                              Facebook

Sign Up

Email or Phone          Password

☐ Keep me logged in          Forgot your password?          Log In

## Data Policy

Date of Last Revision: January 30, 2015

We give you the power to share as part of our mission to make the world more open and connected. This policy describes what information we collect and how it is used and shared. You can find additional tools and information at Privacy Basics.

As you review our policy, keep in mind that it applies to all Facebook brands, products and services that do not have a separate privacy policy or that link to this policy, which we call the "Facebook Services" or "Services."

### I. What kinds of information do we collect?

Depending on which Services you use, we collect different kinds of information from or about you.

- **Things you do and information you provide.** We collect the content and other information you provide when you use our Services, including when you sign up for an account, create or share, and message or communicate with others. This can include information in or about the content you provide, such as the location of a photo or the date a file was created. We also collect information about how you use our Services, such as the types of content you view or engage with or the frequency and duration of your activities.
- **Things others do and information they provide.** We also collect content and information that other people provide when they use our Services, including information about you, such as when they share a photo of you, send a message to you, or upload, sync or import your contact information.
- **Your networks and connections.** We collect information about the people and groups you are connected to and how you interact with them, such as the people you communicate with the most or the groups you like to share with. We also collect contact information you provide if you upload, sync or import this information (such as an address book) from a device.
- **Information about payments.** If you use our Services for purchases or financial transactions (like when you buy something on Facebook, make a purchase in a game, or make a donation), we collect information about the purchase or transaction. This includes your payment information, such as your credit or debit card number and other card information, and other account and authentication information, as well as billing, shipping and contact details.
- **Device information.** We collect information from or about the computers, phones, or other devices where you install or access our Services, depending on the permissions you've granted. We may associate the information we collect from your different devices, which helps us provide consistent Services across your devices. Here are some examples of the information we collect:
  - Attributes such as the operating system, hardware version, device settings, file and software names and types, battery and signal strength, and device identifiers.
  - Device locations, including specific geographic locations, such as through GPS, Bluetooth, or WiFi signals.
  - Connection information such as the name of your mobile operator or ISP, browser type, language and time zone, mobile phone number and IP address.
- **Information from websites and apps that use our Services.** We collect information when you visit or use third-party websites and apps that use our Services (like when they offer our Like button or Facebook Log In or use our measurement and advertising services). This includes information about the websites and apps you visit, your use of our Services on those websites and apps, as well as information the developer or publisher of the app or website provides to you or us.
- **Information from third-party partners.** We receive information about you and your activities on and off Facebook from third-party partners, such as information from a partner when we jointly offer services or from an advertiser about your experiences or interactions with them.
- **Facebook companies.** We receive information about you from companies that are owned or operated by Facebook, in accordance with their terms and policies. Learn more about these companies and their privacy policies.

### II. How do we use this information?

We are passionate about creating engaging and customized experiences for people. We use all of the information we have to help us provide and support our Services. Here's how:

- **Provide, improve and develop Services.** We are able to deliver our Services, personalize content, and make suggestions for you by using this information to understand how you use and interact with our Services and the people or things you're connected to and interested in on and off our Services.

  We also use information we have to provide shortcuts and suggestions to you. For example, we are able to suggest that your friend tag you in a picture by comparing your friend's pictures to information we've put together from your profile pictures and the other photos in which you've been tagged. If this feature is enabled for you, you can control whether we suggest that another user tag you in a photo using the "Timeline and Tagging" settings.

  When we have location information, we use it to tailor our Services for you and others, like helping you to check-in and find local events or offers in your area or tell your friends that you are nearby.

  We conduct surveys and research, test features in development, and analyze the information we have to evaluate and improve products and services, develop new products or features, and conduct audits and troubleshooting activities.

- **Communicate with you.** We use your information to send you marketing communications, communicate with you about our Services and let you know about our policies and terms. We also use your information to respond to you when you contact us.
- **Show and measure ads and services.** We use the information we have to improve our advertising and measurement systems so we can show you relevant ads on and off our Services and measure the effectiveness and reach of ads and services. Learn more about advertising on our Services and how you can control how information about you is used to personalize the ads you see.
- **Promote safety and security.** We use the information we have to help verify accounts and activity, and to promote safety and security on and off of our Services, such as by investigating suspicious activity or violations of our terms or policies. We work hard to protect your account using teams of engineers, automated systems, and advanced technology such as encryption and machine learning. We also offer easy-to-use security tools that add an extra layer of security to your account. For more information about promoting safety on Facebook, visit the Facebook Security Help Center.

We use cookies and similar technologies to provide and support our Services and each of the uses outlined and described in this section of our policy. Read our Cookie Policy to learn more.

### III. How is this information shared?

#### Sharing On Our Services

People use our Services to connect and share with others. We make this possible by sharing your information in the following ways:

- **People you share and communicate with.**

  When you share and communicate using our Services, you choose the audience who can see what you share. For example, when you post on Facebook, you select the audience for the post, such as a customized group of individuals, all of your Friends, or members of a Group. Likewise, when you use Messenger, you also choose the people you send photos to or message.

  Public information is any information you share with a public audience, as well as information in your Public Profile, or content you share on a Facebook Page or another public forum. Public information is available to anyone on or off our Services and can be seen or accessed through online search engines, APIs, and offline media, such as on TV.

  In some cases, people you share and communicate with may download or re-share this content with others on and off our Services. When you comment on another person's post

or like their content on Facebook, that person decides the audience who can see your comment or like. If their audience is public, your comment will also be public.

- **People that see content others share about you.** Other people may use our Services to share content about you with the audience they choose. For example, people may share a photo of you, mention or tag you at a location in a post, or share information about you that you shared with them. If you have concerns with someone's post, social reporting is a way for people to quickly and easily ask for help from someone they trust. Learn More.

- **Apps, websites and third-party integrations on or using our Services.** When you use third-party apps, websites or other services that use, or are integrated with, our Services, they may receive information about what you post or share. For example, when you play a game with your Facebook friends or use the Facebook Comment or Share button on a website, the game developer or website may get information about your activities in the game or receive a comment or link that you share from their website on Facebook. In addition, when you download or use such third-party services, they can access your Public Profile, which includes your username or user ID, your age range and country/language, your list of friends, as well as any information that you share with them. Information collected by these apps, websites or integrated services is subject to their own terms and policies.

  Learn more about how you can control the information about you that you or others share with these apps and websites.

- **Sharing within Facebook companies.** We share information we have about you within the family of companies that are part of Facebook. Learn more about our companies.
- **New owner.** If the ownership or control of all or part of our Services or their assets changes, we may transfer your information to the new owner.

Sharing With Third-Party Partners and Customers

We work with third party companies who help us provide and improve our Services or who use advertising or related products, which makes it possible to operate our companies and provide free services to people around the world.

Here are the types of third parties we can share information with about you:

- **Advertising, Measurement and Analytics Services (Non-Personally Identifiable Information Only).** We want our advertising to be as relevant and interesting as the other information you find on our Services. With this in mind, we use all of the information we have about you to show you relevant ads. We do not share information that personally identifies you (personally identifiable information is information like name or email address that can by itself be used to contact you or identifies who you are) with advertising, measurement or analytics partners unless you give us permission. We may provide these partners with information about the reach and effectiveness of their advertising without providing information that personally identifies you, or if we have aggregated the information so that it does not personally identify you. For example, we may tell an advertiser how its ads performed, or how many people viewed their ads or installed an app after seeing an ad, or provide non-personally identifying demographic information (such as 25 year old female, in Madrid, who likes software engineering) to these partners to help them understand their audience or customers, but only after the advertiser has agreed to abide by our advertiser guidelines.

  Please review your advertising preferences to understand why you're seeing a particular ad on Facebook. You can adjust your ad preferences if you want to control and manage your ad experience on Facebook.

- **Vendors, service providers and other partners.** We transfer information to vendors, service providers, and other partners who globally support our business, such as providing technical infrastructure services, analyzing how our Services are used, measuring the effectiveness of ads and services, providing customer service, facilitating payments, or conducting academic research and surveys. These partners must adhere to strict confidentiality obligations in a way that is consistent with this Data Policy and the agreements we enter into with them.

IV. How can I manage or delete information about me?

You can manage the content and information you share when you use Facebook through the Activity Log tool. You can also download information associated with your Facebook account through our Download Your Information tool.

We store data for as long as it is necessary to provide products and services to you and others, including those described above. Information associated with your account will be kept until your account is deleted, unless we no longer need the data to provide products and services.

You can delete your account any time. When you delete your account, we delete things you have posted, such as your photos and status updates. If you do not want to delete your account, but want to temporarily stop using Facebook, you may deactivate your account instead. To learn more about deactivating or deleting your account, click here. Keep in mind that information that others have shared about you is not part of your account and will not be deleted when you delete your account.

V. How do we respond to legal requests or prevent harm?

We may access, preserve and share your information in response to a legal request (like a search warrant, court order or subpoena) if we have a good faith belief that the law requires us to do so. This may include responding to legal requests from jurisdictions outside of the United States where we have a good faith belief that the response is required by law in that jurisdiction, affects users in that jurisdiction, and is consistent with internationally recognized standards. We may also access, preserve and share information when we have a good faith belief it is necessary to: detect, prevent and address fraud and other illegal activity; to protect ourselves, you and others, including as part of investigations; or to prevent death or imminent bodily harm. For example, we may provide information to third-party partners about the reliability of your account to prevent fraud and abuse on and off of our Services. Information we receive about you, including financial transaction data related to purchases made with Facebook, may be accessed, processed and retained for an extended period of time when it is the subject of a legal request or obligation, governmental investigation, or investigations concerning possible violations of our terms or policies, or otherwise to prevent harm. We also may retain information from accounts disabled for violations of our terms for at least a year to prevent repeat abuse or other violations of our terms.

VI. How our global services operate

Facebook, Inc. complies with the US-EU and US-Swiss Safe Harbor framework for the collection, use and retention of information from the European Union and Switzerland, as set out by the Department of Commerce. To view our certification, visit the Safe Harbor website.

As part of our participation in the Safe Harbor program, we will resolve disputes you have with us in connection with our policies and practices through TRUSTe. You can contact TRUSTe through their website.

Facebook may share information internally within our family of companies or with third parties for purposes described in this policy. Information collected within the European Economic Area ("EEA") may, for example, be transferred to countries outside of the EEA for the purposes as described in this policy.

VII. How will we notify you of changes to this policy?

We'll notify you before we make changes to this policy and give you the opportunity to review and comment on the revised policy before continuing to use our Services.

VIII. How to contact Facebook with questions

To learn more about how privacy works on Facebook, please check out Privacy Basics.

If you have questions about this policy, here's how you can reach us:

If you live in the US or Canada...

Please contact Facebook, Inc. online or by mail at:

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025

8/25/2015                                                                                        Facebook

**If you live anywhere else...**

**The data controller responsible for your information is Facebook Ireland Ltd., which you can contact online or by mail at:**

**Facebook Ireland Ltd.**
**4 Grand Canal Square, Grand Canal Harbour**
**Dublin 2, Ireland**

Sign Up       Log In        Messenger      Facebook Lite     Mobile          Find Friends     Badges      People      Pages        Places
Games         Locations     About          Create Ad         Create Page     Developers       Careers     Privacy     Cookies      Ad Choices
Terms         Help

**Facebook © 2015**
**English (US)**

# EXHIBIT C

Facebook Cookie Use page linked at sign-up

Help Center                                                                              Log In

---

## How can we help?

---

**Desktop Help**                                                                                   English (US)

Login & Password

Get Started on Facebook

Manage Your Account

Privacy

Security

News Feed

Sharing

Messaging

Connecting

Pages

Ads

Facebook Mobile

Popular Features

Report Something

Safety Tools & Resources

Apps, Games & Payments

Profile & Timeline

Other Help Centers

Help Community

## Cookies, Pixels & Similar Technologies

Technologies like cookies, pixel tags ("pixels"), device or other identifiers and local storage (collectively, "Cookies and similar technologies") are used to deliver, secure, and understand products, services, and ads, on and off the Facebook Services.

We offer a range of products and features that involve the use of these technologies to reach you based on your activity on and off our Services. You can learn more about our advertising products and the controls you have by visiting our "Advertising on Facebook" page. As described in more detail below, we also use these technologies in other ways, like for security purposes, to deliver and enable products and services, as well as to understand and measure products, services and advertisements. Third parties that you interact with as you use the Facebook Services may also use these technologies for a variety of purposes.

**Check back here from time to time to get the latest information about these technologies and how they are used.**

Your browser or device may offer settings related to these technologies. For more information about whether these settings are available, what they do, and how they work, visit your browser or device's help material. We may not recognize or respond to browser or device signals around tracking, and some settings may interfere with your use of features we offer. Additionally, the settings offered by a browser or device often only apply to that particular browser or device.

### What are some of these technologies?

Cookies are small files that are placed on your browser or device by the website or app you're using or ad you're viewing. Pixel tags (also called clear GIFs, web beacons, or pixels) are small blocks of code on a webpage or app that allow them to do things like read and place cookies and transmit information to us or our partners. The resulting connection can include information such as a device's IP address, the time a person viewed the pixel, an identifier associated with the browser or device and the type of browser being used. Local storage is an industry-standard technology that allows a website or app to store and retrieve data on a person's computer, mobile phone or other device. Some examples include device or HTML5 local storage and caching.

### Why do we use cookies and similar technologies?

We use these technologies for a variety of reasons, such as allowing us to show you content and advertising that's most relevant to you; improving our products and services; and helping to keep our Services secure. While specific names of the Cookies and similar technologies that we use may change from time to time as we improve and update our Services, they generally fall into the below categories of use:

| Categories of use | Examples |
| --- | --- |
| Authentication | These technologies tell us when you're logged in, so we can show you the appropriate experience and features. <br><br> For example, Cookies and similar technologies tell us when you are logged in to Facebook so we can show you relevant and social information when you visit other websites that use our social plugins. We also use this information to understand how you use our Platform and other apps and services. |
|  | These help keep Facebook Services safe and secure. They support or enable security features and help us detect activity that violates our Statement of Rights |

| | |
|---|---|
| | and Responsibilities. |
| | For example, they help protect your account from being accessed by anyone other than you. Cookies and similar technologies also let us know when several people have logged in from the same computer. With login approvals if someone logs into your account from a browser you've never used before, we may block them and ask for more information. They also help us implement login notifications, so you can be alerted when your account is accessed and disable any active sessions. |
| Security and site integrity | Besides helping to keep unauthorized people from logging into your account, we also use Cookies and similar technologies to help make sure the people or machines that access our Services don't violate our policies. For example, certain information on Facebook is public and therefore can be accessed by anyone on the internet. These Cookies and similar technologies help us understand the volume and frequency of requests so we can detect and stop people or machines from "scraping" information from our site. |
| | We also use these tools to make Facebook easier to use, like when you mistype one character of your username or password. If you've already logged into Facebook from the same browser, we'll give you easier options to correct your typo since we know you've successfully logged into Facebook before. |
| | Things like Cookies and similar technologies (such as information about your device or a pixel on a website) are used to understand and deliver ads, make them more relevant to you, and analyze products and services and the use of those products and services. |
| Advertising, insights and measurement | For example, we use cookies so we, or our affiliates and partners, can serve you ads that may be interesting to you on Facebook Services or other websites and mobile applications. We may also use a cookie to learn whether someone who was served an ad on Facebook Services later makes a purchase on the advertiser's site or installs the advertised app. Similarly, our partners may use a cookie or another similar technology to determine whether we've served an ad and how it performed or provide us with information about how you interact with them. We also may work with an advertiser or its marketing partners to serve you an ad on or off Facebook Services, such as after you've visited the advertiser's site or app, or show you an ad based on the websites you visit or the apps you use – all across the Internet and mobile ecosystem. |
| | We also may use Cookies to provide advertisers with insights about the people who see and interact with their ads, visit their websites, and use their apps. |
| | Learn more about the information we receive, how we decide which ads to show you on and off Facebook Services, and the controls available to you. |
| Localization | These help us provide localized experiences. |
| | For example, we may store information in a cookie that is placed on your browser or device so you will see the site in your preferred language. |
| Site features and services | These provide functionality that help us deliver products and services. |
| | For example, Cookies or similar technologies help you log in by pre-filling the username field and help make chat a better experience by showing which of your friends are online. We may also use Cookies and similar technologies to help us store preferences, know when you've seen or interacted with Facebook Services' content, and provide you and others with social plugins and other customized content and experiences, such as making suggestions to you and others. Learn more. |
| Performance | We use these to provide you with the best experience possible. |
| | For example, we may use Cookies or similar technologies to help us route traffic between servers and understand how quickly Facebook Services load for different people. Sometimes we may store information on your browser or device so features you are using load and respond faster. |
| | These are used to understand, improve, and research products and services, |

| | including when you access Facebook Services or other websites and apps from a computer or mobile device. |
|---|---|
| Analytics and research | For example, we may use Cookies or similar technologies (including information from your device) to understand how you are using social plugins to improve them. We may share information about this analysis with our partners. |

You can also take a look at the cookies section of our publicly available audit, carried out by the Office of the Data Protection Commissioner in Ireland, which explains more about the cookies we use.

### How do we use cookies, local storage or similar technologies when you use a mobile device?

Many mobile devices act just like computers, such as smart phones that support full-featured browsers. For those devices, we and our partners use Cookies and similar technologies in ways that are similar to when you are accessing the web from a computer. Other devices use different technologies such as local storage on a device, Software Development Kits (SDKs) or Advanced Programming Interfaces (APIs) to facilitate the same types of processes we use Cookies for, as described above.

We may obtain or receive information about your use of your device, our apps, or other apps. As on the web, we also may use these technologies to store an identifier or other information on your device. We describe how we use these technologies and the information we received through their use above. For example, if we learn that you're already using an app, when you click on a link in News Feed from that app, we can send you directly to that app. If you don't have the app, we would instead send you to an app store so you could download the app.

### How do we use cookies for security purposes?

We use tools like cookies to help keep Facebook Services safe, secure and easy to use. Cookies support or enable security features. For example, with login approvals if someone logs into your account from a browser you've never used before, we may block them and ask for more information. They also help us implement login notifications, so you can be alerted when your account is accessed under suspicious circumstances and disable any active Facebook sessions.

Besides helping to keep unauthorized people from logging into your account, we also use cookies to help make sure the people or machines that access our Services don't violate our policies. For example, certain information on our Services is public and therefore can be accessed by anyone on the Internet. These cookies help us understanding the volume and frequency of requests so we can detect and stop people or machines from "scraping" information from our site.

We also use these tools to make our Services easier to use, like when you mistype one character of your username or password. For example, if you've already logged into Facebook from the same browser, we'll give you easier options to correct your typo since we know you've successfully logged into Facebook before.

### When might we use cookies, device identifiers, local storage or similar technologies?

We may place or use these technologies when you interact with our Services, our related companies, or with an advertiser or partner (whether or not you are logged in to the particular Service) using a browser or device that permits the placement or use of the relevant technology. For example, when you visit our site or use our app, we may place or read cookies or receive information from your devices. We may also place cookies through a pixel on an advertiser's or partner's site.

### When might we read the cookies on your computer or device?

Web browsers send any cookies for a particular web domain (ex: facebook.com) to the website each time a machine with those cookies accesses content served from that domain. This means that any facebook.com cookies will be sent to Facebook when any page is accessed at facebook.com by that machine. It also means that these cookies are sent to Facebook when someone accesses a third-party website or application that integrates or uses our Services, like one of our plugins.

Sometimes we work with websites, apps and their partners so that we can place or read Facebook cookies on your browsers or devices when you visit third-party services. This allows us to do things like read and reference cookies from more than one device or browser that you use, on and off of our Services, so we can provide you Facebook Services across all of your devices and improve and understand the products, ads and services we offer to you and others across the Internet.

### How do third parties use cookies, pixel tags ("pixels") and other similar technologies on our Services?

We sometimes use service providers to help us provide certain products and services. For example, we use service providers to help you buy things using Facebook on your mobile phone. As part of those services, a provider may use a pixel to collect information about your phone so that, if you choose, it can help us conveniently bill you through your regular phone bill.

When you view, click or otherwise interact with an ad or app on or off Facebook, our partners also use cookies, pixels or similar technologies (like local storage or information from your device), to help provide you with relevant services and ads. For example, a platform partner may use cookies, software developer kits (SDKs) or similar technologies to customize your experience while you're using their app. Or, an advertising partner may use a cookie to decide whether they want us to show you one of their ads or to measure the performance of the ads you see. Our partners also may use these technologies to help share information with our Services, like how you use their website or app.

We or others (like your friends in their posts or the Pages or apps you visit or use) may integrate third party features like maps or videos to provide you with better services. The providers of those integrations may collect information when you view or use them, including information about you and your device or browser. They may do this using Cookies or similar technologies. To learn more about the information they collect or receive, review their privacy policies.

**How do we use Cookies and similar technologies to show relevant ads?**

We use Cookies and similar technologies to show you ads on and off Facebook Services. Learn more about how Facebook decides which ads to show you and the controls available to you. You can adjust your ad preferences if you want to control and manage your ad experience on Facebook.

The advertising companies we work with generally use cookies and similar technologies as part of their services. When they do so, they often adhere to industry-standard controls that you can use or they may offer other choices as well. To learn more about how advertisers generally use cookies and the choices they offer, you can review the following resources:

- Network Advertising Alliance

- Digital Advertising Alliance

- European Interactive Digital Advertising Alliance

- Digital Advertising Alliance of Canada

- Internet Advertising Bureau (US)

- Internet Advertising Bureau (EU)

We work with advertising companies to help advertisers show people ads based on other websites or apps those people have visited, among other factors. This helps us show you more useful and relevant ads. For example, if an advertiser is promoting an airline sale to Hawaii, they might want to show their ad to people who recently visited websites related to traveling to Hawaii. We work with an advertising company to help that advertiser show the airline sale ad those people.

We also authorize certain companies that provide service to advertisers to measure the impact of the advertiser's ads on Facebook Services but only where they agree to restrictions on how they can use the info they collect.

Here is more information about some of the companies advertisers use and the choices they offer:

- **Atlas**

  - General information: http://atlassolutions.com/home

  - Choices: https://choice.live.com/AdvertisementChoice/Default.aspx

- **Bloom Digital**

  - General information: http://bloom-hq.com/

  - Choices: http://adgear.com/privacy/

- **DoubleClick**

  - General information: http://www.google.com/doubleclick/index.html

  - Choices: http://www.google.com/policies/privacy/ads/

- **Flashtalking**

  - General information: http://www.flashtalking.com/

  - Choices: http://www.flashtalking.com/ftCookieOptOut.html

- **GroupM**

  - General information: http://www.groupm.com/
  - Choices: http://www.groupm.com/privacy-policy

- **Mediamind**

  - General information: http://www.mediamind.com/
  - Choices: http://www.mediamind.com/privacy-policy

- **Mediaplex**

  - General information: http://www.mediaplex.com/
  - Choices: http://www.mediaplex.com/opt-out

- **Pointroll**

  - General information: http://www.pointroll.com/
  - Choices: http://www.pointroll.com/privacy.php

- **TruEffect**

  - General information: http://trueffect.com/
  - Choices: http://ad.adlegend.com/TE_optout.html

- **Weborama**

  - General information: http://weborama.com/
  - Choices: http://weborama.com/2/page-en-confidentialite.html

**Do we use cookies if you don't have an account or have logged out of your account?**

We still use cookies if you don't have an account or have logged out of your account. For example, if you have logged out of your account we use cookies to help:

- Identify and disable the accounts of spammers
- Recover your account if you ever lose access to it
- Provide extra security features like login notifications and login approvals
- Prevent people who are underage from signing up with a false birth date
- Enable us to deliver, select, evaluate, measure and understand the ads we serve on and off Facebook (this includes ads served by or on behalf of our affiliates or partners)
- Identify public computers so that we can discourage people from using **Keep me logged in** and putting their account at risk
- Generate insights about the people who interact with our Services and the websites of our advertisers and partners

We also set cookies if you don't have a Facebook account, but have visited facebook.com, to help us protect Facebook Services and the people who use it from malicious activity. For example, these cookies help us detect and prevent denial-of-service attacks and the mass creation of fake accounts.

If you have cookies on your browser or device, we read that cookie when you visit a site with a social plugin.

Permalink · Share · Related articles

Cookies, Pixels & Similar Technologies | Facebook Help Center | Facebook

| Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | Badges | People | Pages | Places |
|---------|--------|-----------|---------------|--------|--------------|--------|--------|--------|--------|
| Games | Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices |
| Terms | Help | | | | | | | | |

Facebook © 2015
English (US)

# EXHIBIT D

Facebook public Developer pages

| Developers | My Apps | Products | Docs | Tools & Support | News |

Search in docs

Sharing

**Social Plugins**

**Like Button**

Share Button

Send Button

Embedded Posts

Embedded Videos

Comments

Page Plugin

Follow Button

FAQs

Sharing Checklist

Child-Directed Sites

Deprecated

ThreatExchange

App Development

**APIs and SDKs**

Graph API

SDK for iOS

SDK for Android

SDK for JavaScript

SDK for PHP

SDK for Unity

# Like Button for the Web

The Like button is the quickest way for people to share content with their friends.

A single click on the Like button will 'like' pieces of content on the web and share them on Facebook. You can also display a Share button next to the Like button to let people add a personal message and customize who they share with.

| Like Button Configurator | Code Example | Settings | Adjust Language | FAQs |

## Step-by-Step

**1. Choose URL or Page**
Pick the URL of a website or Facebook Page you want to use with the like button.

**2. Code Configurator**
Paste the URL to the Code Configurator and adjust settings like the `width` of your like button. Click the `Get Code` button to generate your like button code.

**3. Copy & Paste HTML snippet**
Copy and past the snippet into the HTML of the destination website.

## Like Button Configurator

URL to Like

https://developers.facebook.com/docs/plugins/

Width

The pixel width of the plugin

Layout

standard

Action Type

like

| English (US) |            | Give Feedback |

Like   Share   1,889,322 people like this. Be the first of your friends.

Get Code

## Full Code Example

Copy & paste the code example to your website. Adjust the value `data-href` to your website URL. Next use the `og:***` meta tags to adjust your link preview. `og:url` and `data-href` should use the same URL.

```html
<html>
<head>
    <title>Your Website Title</title>
    <!-- You can use open graph tags to customize link previews.
    Learn more: https://developers.facebook.com/docs/sharing/webmasters -->
    <meta property="og:url"                content="http://www.your-domain.com/your-p
    <meta property="og:type"               content="website" />
    <meta property="og:title"              content="Your Website Title" />
    <meta property="og:description"        content="Your description" />
    <meta property="og:image"              content="http://www.your-domain.com/path/1
</head>
<body>

    <!-- Load Facebook SDK for JavaScript -->
    <div id="fb-root"></div>
    <script>(function(d, s, id) {
      var js, fjs = d.getElementsByTagName(s)[0];
      if (d.getElementById(id)) return;
      js = d.createElement(s); js.id = id;
      js.src = "//connect.facebook.net/en_US/sdk.js#xfbml=1";
      fjs.parentNode.insertBefore(js, fjs);
    }(document, 'script', 'facebook-jssdk'));</script>

    <!-- Your like button code -->
    <div class="fb-like"
        data-href="http://www.your-domain.com/your-page.html"
        data-layout="standard"
        data-action="like"
        data-show-faces="true">
    </div>

</body>
</html>
```

Customize Link Preview

## Settings

In addition to the settings above, you can also change the following:

| Setting | HTML5 Attribute | Description | Default |
|---|---|---|---|
| action | data-action | The verb to display on the button. Can be either like or recommend | like |
| colorscheme | data-colorscheme | The color scheme used by the plugin for any text outside of the button itself. Can be light or dark. | light |
| href | data-href | The absolute URL of the page that will be liked. | Current URL. |
| kid_directed_site | data-kid-directed-site | If your web site or online service, or a portion of your service, is directed to | false |

| | | | |
|---|---|---|---|
| | | children under 13 you must enable this | |
| layout | data-layout | Selects one of the different layouts that are available for the plugin. Can be one of standard, button_count, button or box_count. See the FAQ for more details. | standard |
| ref | data-ref | A label for tracking referrals which must be less than 50 characters and can contain alphanumeric characters and some punctuation (currently +/=-.:_). See the FAQ for more details. | None |
| share | data-share | Specifies whether to include a share button beside the Like button. This only works with the XFBML version. | false |
| show_faces | data-show-faces | Specifies whether to display profile photos below the button (standard layout only). You must not enable this on child-directed sites. | false |
| width | data-width | The width of the plugin (standard layout only), which is subject to the minimum and default width. Please see Layout Settings below for more details. | See standard in Layout Settings |

## Layout Settings

There are the following options:

| Layout | Default Sizes |
|---|---|
| standard | Minimum width: 225 pixels.<br>Default width: 450 pixels.<br>Height: 35 pixels (without photos) or 80 pixels (with photos). |
| box_count | Minimum width: 55 pixels.<br>Default width: 55 pixels.<br>Height: 65 pixels. |
| button_count | Minimum width: 90 pixels.<br>Default width: 90 pixels.<br>Height: 20 pixels. |
| button | Minimum width: 47 pixels.<br>Default width: 47 pixels.<br>Height: 20 pixels. |

## Adjust Language

You can adjust the language of the Like Button by loading a localized version of the Facebook JavaScript SDK. When you load the SDK adjust the value `js.src` to use your locale: Just replaced `en_US` by your locale, e.g. `fr_FR` for French (France):

```
        "//connect.facebook.net/fr_FR/sdk.js#xfbml=1&version=v2.3";
```

Supported locales are referenced in the Facebook Locales XML file. You may need to adjust the width of a Social Plugin to accommodate different languages. You may find more information on our Localization & Translation page.

## Related Topics

| Social Plugins FAQs | Sharing for Webmasters | Facebook SDK for JavaScript |

Developers    My Apps    Products    Docs    Tools & Support    News

Search in docs

Sharing

**Social Plugins**

Like Button

Share Button

Send Button

Embedded Posts

Embedded Videos

Comments

Page Plugin

Follow Button

FAQs

Sharing Checklist

Child-Directed Sites

Deprecated

ThreatExchange

App Development

**APIs and SDKs**

Graph API

SDK for iOS

SDK for Android

SDK for JavaScript

SDK for PHP

SDK for Unity

# Social Plugins FAQs

## General Questions

- Which platforms are supported?
- Do I need to have a Developer Account?
- Do I need to create a Facebook app?

## Questions for Web

- How do I display Social Plugins in different languages?
- How do I integrate multiple Social Plugins?
- Do Social Plugins work on Mobile, Tablet and Desktop?
- How do I move a page to a different URL?

## Like, Share and Send - Common FAQs

- How can I customize what is shared?
- Should I display different buttons together?
- How do I know when someone clicked on a button?
- How can I track referrals?
- When I click a button, the popup window ('flyout') doesn't show. Why?
- Why and when does Facebook scrape my website?
- Can I link buttons to my Facebook page?

## Like Button FAQs

- Why are people seeing a 'Confirm' button when they click on my Like button?
- What makes up the number shown next to my Like button?
- How do I display the Share button without the Like button?

## Share Button FAQs

- What makes up the number shown next to my Share button?
- Can I use the Share Dialog without using the Share Button?

## Comments Plugin FAQs

- What does the grammar filter do?
- Can I get comments for a URL via an API?
- How do I moderate comments?

English (US)                    Give Feedback

## General Questions

### Which platforms are supported?

The Like, Share and Send Button available for Web, iOS and Android. The Embedded Posts and Page Plugin are exclusively available for Web.

### Do I need to have a Developer Account?

- **Web:** If you are using Social Plugins on the web, you do not need to have a Facebook Developer account.
- **iOS/Android:** If you are using Social Plugins within a iOS or Android app, you need to register as

a developer.

**Do I need to create a Facebook app?**

- **Web:** If you are using Social Plugins on the web, you do not need to create a Facebook app for integrating a Social Plugin.
- **iOS/Android:** If you are using Social Plugins within a iOS or Android app, you need to create a Facebook app and tie it to your app identifier.

**Do I need to submit my integration of a Social Plugin for review?**

- **Web:** If you are using Social Plugins on the web, you do not need to submit your integration(s) for review. You can use any Social Plugin instantaneous.
- **iOS/Android:** If you are using Social Plugins within a iOS or Android app, you will have to submit your integration of the Like button for review via the Status and Review tab in the App Dashboard.

## Questions for Web

### How do I display Social Plugins in different languages?

If you are using the HTML5 or XFBML versions, you should include the language code when you instantiate the library. Replace en_US in this line with the correct locale code:

```
'//connect.facebook.net/en_US/sdk.js';
```

Supported locales are referenced in the Facebook Locales XML file. You may need to adjust the width of a Social Plugin to accommodate different languages. You may find more information on our Localization & Translation page.

### How do I integrate multiple Social Plugins?

The code snippet for each Social Plugin includes a part which inserts the Facebook SDK for JavaScript into your web page. If you already include this code elsewhere on your page, you can remove it if you wish, although it will not cause any issues if included twice.

**Example of a Like Button and Embedded Post on one page:**

```
<script
    src "https://www.facebook.com/assets.php/en_US/sdk.js" async></script>

<div class "fb-like" data-href "//your-link-url"></div>
<div class "fb-post" data-href "//your-post-url"></div>
```

### Do Social Plugins work on Mobile, Tablet and Desktop?

Depending on the Social Plugin you may need to implement a discrete version for Mobile, Tablet or Desktop. Please refer to the FAQ or "Get Started" document for the plugin you wish to implement.
**Note:** It is not recommended to use CSS media queries to adjust the size of Social Plugins.

Social Plugins FAQs

## How do I move a page to a different URL?

I need to move a page to a different URL, you can't move the likes, shares or comments directly to the new URL but you can use the old URL as the canonical source for the number of likes or shares at the new URL. We include background on how to do this below.

Background:

When resolving which url a like or share action should be attributed to, Facebook uses a process to resolve the canonical url for url that's been loaded. When a URL is loaded, the crawler will look for:

1. A HTTP 301 or 302 Redirect
2. The use of an `og:url` open graph tag in the page
3. The use of `rel=canonical` as described in RFC 6596. (Facebook's crawler only supports content, not HTTP headers.)

If any of these methods result in a URL that's different than the URL originally loaded, the specified URL will be considered the "canonical URL" for the original URL. If required, the crawler will also follow a chain of redirects to find the canonical URL.

All likes and shares will be attributed to the canonical URL instead of the loaded URL.

Examples:

Hint: *Use our debugger to see what Facebook sees when crawling your page.*

By controlling the canonical URL you can move content from one URL to another and retain like and share counts, as long as you allow Facebook to continue to resolve the new URL into the old one. This can be done with one of two methods:

### Add an `og:url` tag to the new URL which points at the old URL (Preferred)

In your new URL, you should include a link to the old URL. For example, if your new URL was `https://example.com/new-url`, and the old URL was `https://example.com/old-url`, you should include this snippit in the `new-url`:

```
<meta property "og:url" content "https://example.com/old-url" />
```

Using this method tells the crawler that the canonical URL is at the old location, and it will use that to generate the number of likes and shares on the page. Any new likes and shares will continue to aggregate on the old URL as well.

This also requires that the old URL still renders a document with Open Graph tags and returns a HTTP 200 response, at least when loaded by Facebook's crawler. If you want other clients to redirect when they visit the URL, you must send your 301 HTTP response to all non-Facebook crawler clients. The old URL should contain its own `og:url` tag that points to itself.

You can learn how to recognize Facebook's crawler in our *Sharing Best Practices Guide.*

This method will work with `rel=canonical` as well, but `og:url` is preferred.

### Redirect Facebook's crawler to the old URL

Another method to accomplish this is to redirect Facebook's crawler to the old URL any time it visits the new URL. As with the method described above, the old URL must be a valid document with Open Graph headers. And if you want to include a redirect at the old URL, Facebook's crawler must not redirect when it visits the old URL.

## Like, Share and Send - Common FAQs

### How can I customize what is shared?

The story created by the action of liking, sharing or sending your page can be enriched by using meta tags to turn a simple HTML page into an Open Graph object.

If you plan to use the Like, Share or Send button on any page on your website, you should read our best practices guide to ensure published stories look great on Facebook and get the best possible distribution.

### Should I display different buttons together?

We recommend that you include all buttons on your app or website to let people choose the way that they want to share your content.

### How do I know when someone clicked a button?

The Send button allow you to subscribe to the `message.send` event in the Facebook SDK for JavaScript through FB.Event.subscribe. This JavaScript event will fire any time a button is clicked.

### How can I track referrals?

The `ref` setting causes two parameters to be added to the referrer URL when a person clicks a link from a stream story about a shared link:

- `fb_ref` - The `ref` parameter
- `fb_source` - **Like/Share:** The stream type (`home`, `profile`, `search`, `ticker`, `tickerdialog` or `other`) in which the click occurred and the story type (`oneline` or `multiline`), concatenated with an underscore. **Send:** The story type (`message`, `group`, `email`) in which the click occurred.

**For example:**

```
"http://www.facebook.com/l.php?fb_ref=top_left&fb_source=profile oneline"
```

You can track these parameters using your analytics software.

### When I click a button, the popup window ('flyout') doesn't show. Why?

If the Like, Share or Send button is placed near the edge of an HTML element with the CSS `overflow` property set to `hidden`, the flyout may be clipped or completely hidden when the button is clicked. This can be remedied by setting the `overflow` property to a value other than `hidden`, such as `visible`, `scroll`, or `auto`.

**Why and when does Facebook scrape my website?**

Facebook needs to scrape links shared to Facebook to know which to link preview information to show on Facebook.com or on Facebook for iOS and Android. This happens every 30 days to ensure the properties are up to date. The linked page is also scraped when the URL is entered into the Debugger Tool.

Facebook observes cache headers on your URLs - it will look at "Expires" and "Cache-Control" in order of preference. However, even if you specify a longer time, Facebook will scrape your page every 30 days.

In some cases you may want to serve a different version of a page to our scraper (containing more Open Graph metadata) than you do to people who are viewing the page. In this case you can target the browser agent used by the scraper:

```
"facebookexternalhit/1.1 (+http://www.facebook.com/externalhit_uatext.php)"
```

**Can I link buttons to my Facebook page?**

Yes. Simply specify the URL of your Facebook page in the `href` setting of the button.

## Like Button FAQs

**Why are people seeing a 'Confirm' button when they click on my Like button?**

There are integrity and spam-prevention safeguards built into social plugins, and this is one of them. If you have been heavily testing a Like button before launching, you may have inadvertently triggered these safeguards. Additionally certain domains on the internet are more likely to contain spam, so will see the confirm step more often.

This confirmation adds one extra step to the Like button process, but once the like has been confirmed separately by a number of users, it will no longer appear, and the regular Like button will only appear.

**What makes up the number shown next to my Like button?**

The number shown is the sum of: + The number of likes of your URL + The number of shares of your URL (this includes copy/pasting a link back to Facebook) + The number of likes and comments on stories on Facebook about your URL

**What are the different layout types?**

There are the following options:

| Layout | Default Sizes |
|---|---|
| standard | Minimum width: 225 pixels.<br>Default width: 450 pixels. |

|            | Height: 35 pixels (without photos) or 80 pixels (with photos). |
|------------|----------------------------------------------------------------|
| box_count | Minimum width: 55 pixels.<br>Default width: 55 pixels.<br>Height: 65 pixels. |
| button_count | Minimum width: 90 pixels.<br>Default width: 90 pixels.<br>Height: 20 pixels. |
| button | Minimum width: 47 pixels.<br>Default width: 47 pixels.<br>Height: 20 pixels. |

## Share Button FAQs

### What makes up the number shown next to my Share button?

The number shown is the sum of:

- The number of likes of your URL
- The number of shares of your URL (this includes copy/pasting a link back to Facebook)
- The number of likes and comments on stories on Facebook about your URL

### Can I use the Share Dialog without using the Share Button?

Yes, although we recommend using the Share button to offer the simplest and most consistent experience for people using your site, we provide a standalone dialog that can be invoked using the JavaScript SDK or using a URL link. Read our guide to this Share Dialog

## Comments Plugin FAQs

### What does the grammar filter do?

- Adds punctuation (e.g. periods at the end of sentences)
- Trims extra whitespace
- Expands slang words (e.g. plz becomes please)
- Adds a space after punctuation (e.g. Hi,Cat would become Hi, Cat)
- Fix common grammar mistakes (e.g. convert 'dont' to 'don't')

You can enable the grammar filter from the settings section on the plugin.

### Can I get comments for a URL via an API?

The comments for every URL can be accessed via the Graph API. Simply make an HTTP GET request to:

```
https://graph.facebook.com/v2.1/?fields=og_object{comments}&id=<YOUR_URL>&access
```

### How do I moderate comments?

For detailed instructions checkout the Comments Moderation guide. If you're not able to setup the moderators list using the `fb:admins` meta property, you can setup the `fb:app-id` and update the moderators list in the moderation tool settings for this app.

# EXHIBIT E

Facebook Medical Direct Marketing
Category Targets List

**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

| MEDICAL CATEGORY | FACEBOOK TARGETS |
|---|---|
| Cough and cold relief | 33,000,000 |
| Allergy relief | 22,000,000 |
| Pregnancy | 21,000,000 |
| Pain relief | 20,000,000 |
| Cancer awareness | 17,000,000 |
| Breast cancer awareness | 14,000,000 |
| Addiction | 9,700,000 |
| Obesity awareness | 9,200,000 |
| Diabetes mellitus awareness | 8,200,000 |
| Fever | 7,200,000 |
| Anxiety awareness | 4,800,000 |
| Substance abuse awareness | 4,700,000 |
| Alcoholism awareness | 3,800,000 |
| Arthritis awareness | 3,700,000 |
| Depression awareness | 3,200,000 |
| ADHD awareness | 2,900,000 |
| HIV/AIDS awareness | 2,800,000 |
| Hearing loss | 2,700,000 |
| Bipolar disorder awareness | 2,300,000 |
| Diabetes management | 2,200,000 |
| Chronic pain | 2,200,000 |
| Cardio-vascular disease awareness | 1,900,000 |
| Blindness | 1,700,000 |
| Hot flash | 1,600,000 |
| Asperger syndrome awareness | 1,500,000 |
| Influenza | 1,500,000 |
| Back pain | 1,500,000 |
| Dehydration | 1,400,000 |
| Insomniac awareness | 1,400,000 |
| Hypertension | 1,400,000 |

| | |
|---|---|
| awareness | |
| Acne vulgaris | 1,300,000 |
| Lung cancer awareness | 1,300,000 |
| Leukemia awareness | 1,300,000 |
| Cholesterol | 1,300,000 |
| Migraine awareness | 1,200,000 |
| Rheumatoid arthritis awareness | 1,200,000 |
| Family planning | 1,100,000 |
| Multiple sclerosis awareness | 1,100,000 |
| Vaginitis | 1,100,000 |
| Irritable bowel syndrome awareness | 1,000,000 |
| Heartburn | 1,000,000 |
| Lupus | 1,000,000 |
| Meningitis | 970,000 |
| Asthma awareness | 920,000 |
| Ovarian cancer awareness | 870,000 |
| Colorectal cancer awareness | 840,000 |
| Parkinson's disease awareness | 840,000 |
| Gout awareness | 820,000 |
| Psoriasis awareness | 820,000 |
| Autoimmune disease awareness | 810,000 |
| Stress management | 780,000 |
| Gestational diabetes | 770,000 |
| Epilepsy awareness | 750,000 |
| Detoxification | 750,000 |
| Cough | 730,000 |
| Amnesia | 710,000 |
| Xeroderma | 660,000 |
| Dwarfism | 630,000 |
| Internal bleeding | 610,000 |
| Hepatitis C | 610,000 |
| Uterine fibroid | 610,000 |
| Crohn's disease awareness | 600,000 |

**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

| | | | |
|---|---|---|---|
| Food allergy | 580,000 | Metabolic syndrome | 210,000 |
| Lyme disease awareness | 570,000 | Rectal prolapse | 210,000 |
| Ulcerative colitis awareness | 550,000 | Vaginal bleeding | 210,000 |
| Hiccup | 500,000 | Overflow incontinence | 200,000 |
| Acid reflux | 470,000 | Macular degeneration | 200,000 |
| Binge eating disorder awareness | 460,000 | Lactose intolerance | 200,000 |
| Cystic fibrosis | 440,000 | Pelvic pain | 200,000 |
| Hypothyroidism awareness | 420,000 | Cardiac dysrhythmia | 190,000 |
| Proximal diabetic neuropathy | 420,000 | Haemophilia | 190,000 |
| Bladder cancer | 410,000 | Staph infection | 190,000 |
| COPD, learn more, breath better | 400,000 | Bronchitis, acute | 180,000 |
| Blood clots (thrombus) | 390,000 | Cancer screening | 180,000 |
| | | Neuropathic pain | 180,000 |
| Multiple sclerosis signs and symptoms | 390,000 | Chronic kidney disease awareness | 170,000 |
| Multiple myeloma awareness | 390,000 | Migraine treatment | 160,000 |
| | | Cardiac arrest | 150,000 |
| Panic attack | 390,000 | Pneumonia | 150,000 |
| ADHD management | 370,000 | HPV | 140,000 |
| | | Vertigo | 130,000 |
| Cutaneous condition | 370,000 | Diagnosis of HIV/AIDS | 110,000 |
| Chronic fatigue syndrome awareness | 370,000 | Peptic ulcer | 110,000 |
| | | Yeast infection | 110,000 |
| Cataract | 350,000 | Polyp | 100,000 |
| Cervical cancer awareness | 340,000 | Cyst | 94,000 |
| | | Hernia | 93,000 |
| Halitosis | 340,000 | Leukemia-lymphoma | 85,000 |
| Melanoma awareness | 340,000 | Anorexia awareness | 82,000 |
| Morning sickness | 280,000 | Ingrown hair | 77,000 |
| Renal failure | 250,000 | Bulimia awareness | 76,000 |
| Sore throat | 250,000 | Heat rash | 72,000 |
| Sepsis | 230,000 | Heat illness | 71,000 |
| Varicose veins | 230,000 | West Nile virus | 70,000 |
| Immune disorder | 210,000 | Myopia | 65,000 |
| | | Connective tissue disease | 58,000 |
| | | Mumps | 55,000 |

**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

| | |
|---|---:|
| Restless legs syndrome | 55,000 |
| Head and neck cancer | 51,000 |
| Erectile dysfunction | 51,000 |
| Conjunctivitis | 48,000 |
| Rhinitis | 48,000 |
| Otitis media | 46,000 |
| Blood in urine (hematuria) | 36,000 |
| Carpal tunnel syndrome | 32,000 |
| Bone tumor | 31,000 |
| ACL injury | 28,000 |
| Athlete's foot | 23,000 |
| Eclampsia | 22,000 |
| Tennis elbow | 22,000 |
| Herpex simplex virus | 21,000 |
| Heat stroke | 21,000 |
| Jaundice | 21,000 |
| Angina pectoris | 18,000 |
| Chlamydia infection | 18,000 |
| Calendar-based contraceptive methods | 18,000 |
| Tear of meniscus | 18,000 |
| Appendicitis | 17,000 |
| Diverticulitis | 17,000 |
| Ingrown nail | 15,000 |
| Obsessive-compulsive personality disorder | 15,000 |
| Seasonal affective disorder | 12,000 |
| Ectopic pregnancy | 10,000 |
| Skin infection | 9,700 |
| **TOTAL** | **255,701,700** |

**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E1

## FACEBOOK'S "DIAGNOSIS OF HIV/AIDS" TARGETS
110,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E2

## FACEBOOK'S CHRONIC PAIN TARGETS
2,200,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E3

## FACEBOOK'S DIABETES MANAGEMENT TARGETS
2,200,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E4

## FACEBOOK'S ERECTILE DYSFUNCTION TARGETS
51,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E5

### FACEBOOK'S PAIN RELIEF TARGETS
20,000,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

# MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E6

## FACEBOOK'S PREGNANCY TARGETS
21,000,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E7

## FACEBOOK'S CANCER AWARENESS TARGETS
17,000,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E8

## FACEBOOK'S ECTOPIC PREGNANCY TARGETS
10,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

## MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E9

## FACEBOOK'S CHLAMYDIA INFECTION TARGETS
18,000 Facebook Users in the United States



**EXHIBIT E**
Facebook Medical Direct Marketing Category Targets List
All list totals obtained August 25, 2015.

**MEDICAL DIRECT MARKETING SAMPLE SCREEN SHOT E10**

**FACEBOOK'S VAGINAL BLEEDING TARGETS**
210,000 Facebook Users in the United States



# EXHIBIT F

Defendant American Cancer Society
Privacy Policy at Cancer.org

Case 5:16-cv-01282-EJD    Document 1-1    Filed 03/15/16    Page 52 of 57

Sign In | Register     Sign Up for Email   |   Español    Asian & Pacific Languages    |      

 THE OFFICIAL SPONSOR OF BIRTHDAYS.™          *JOIN THE FIGHT AGAINST CANCER*

How can we help you     search cancer.org     SEARCH     Live Chat  |  800-227-2345

| Home | Learn About Cancer | Stay Healthy | Find Support & Treatment | Explore Research | Get Involved | Find Local ACS |

About Us » ACS Policies » Privacy Policies » Internet Privacy Policies » Online and Mobile Privacy Policy     PRINT    SHARE    SAVE

**Your Local Offices**

Close   + -

Text Size

# Online and Mobile Privacy Policy

## Our Commitment to Privacy

The American Cancer Society ("ACS") respects the privacy of every individual who uses ACS-owned websites, mobile applications and other online products and services ( collectively, "Site"). This notice applies to our information collection practices for this Site. Because your privacy is important to us, we provide you with notice and choices about the collection and use of your information. To make this notice easy to find, links are provided at the bottom of our homepage and on every page within our www.cancer.org website. Additionally, each page that requests personally identifiable information reminds you of the importance of your privacy and provides a link to the privacy policy. By accessing this  you accept the practices described in this Privacy Notice. You may click on any underlined word to receive a more in-depth explanation of the term.

## Use of Cookies

We use cookies, small files that are sent to your Web browser and stored on your computer's hard drive, to improve

your digital experience. The cookie is used to speed up your access to the Site and the information you wish to see, but it does not contain any personal information. The majority of Web browsers accept cookies, but the "help" menu on your browser should give you options for preventing, accepting, or receiving notice of new cookies. However, please be aware that if you block cookies, some website functionality may be lost.

## Data Collection

We collect two types of information:

Standard Web server traffic pattern information. General traffic, site usage, browser information and length of stay information is collected and stored in log files. This type of information is shared externally only on an aggregated basis.

Personal information. We do not collect personally identifiable information from you unless you provide it to us voluntarily and knowingly. If you personalize a Site, volunteer, order a book, request information, or donate, for example, we may collect the following information: first and last name, street address, city, state, zip code, telephone number, email address, and subject of inquiry.

Personal information may be needed for certain optional online activities:

Registration: If you choose to customize the Web site to your needs by becoming a registered www.cancer.org Web user, we retain the preferences you select so that you will not have to reenter the information each time you access our Web site. These preferences may include requests for email, news, information on specific cancer types, language preferences, and interest group selections (patient, medical professional, volunteer). You can access your profile by entering your user name and password each time you use the Web site. You are not required, however, to enter your name or mailing address.

If you register to participate in an ACS event, such as Relay For Life or Making Strides Against Breast Cancer, using our event registration site, we may ask you if you are a cancer survivor. This information is useful for event purposes. Further, if you elect to use our referral service to inform a friend about the event registration site, we will ask you for your friend's name and address. We will store this information in order to send your friend a one-time email inviting him or her to visit the site.

Book orders: If you choose to order a book, we collect standard credit card information (card number, card type, expiration date) and keep a record of your financial transaction. Credit card numbers are held only until the charge can be processed (usually several minutes), then the number is only available to Customer Service for purposes of problem resolution.

Contributions: If you choose to donate to our organization, we maintain a record of your contribution. Your financial information will be treated as described above in "Book orders."

Requests: If you submit an online request for ACS products such as free brochures, or submit a question through a "contact us" query, we may have to gather additional information from you to respond to your request. Such information will vary with the request but often includes name, shipping address, telephone number, and email address.

Public Forums: If you choose to participate in a chat room, discussion board, news group or another public forum that we make available to our users, please remember that any information that you disclose in these areas becomes public information. You should exercise caution when deciding whether or not to disclose your personal information.

Letter to Congress: If you choose to generate an email to your Congressional representative on our site, we receive a blind copy of the email. We may use your letter or information from your letter to further educate Members of Congress about our cancer advocacy priorities.

## Data Use

We limit the use of information provided to us on our Site to the following:

## Internal Use

If you do not make a service request, donation, purchase, or otherwise identify yourself, we will have no personally identifiable information about you. We will only use aggregate information derived, in part, from your use of our site to

improve our site and our service to you.

If you provide personal information, we may enter your name into our constituent database and contact you in order to:
Complete voluntary surveys seeking feedback for quality and service improvement purposes.
Supply you with information including cancer related health news, ACS programs, events and services.
Request voluntary time or monetary contributions to ACS.
Request your participation in an ACS research study.

We collect the email addresses of those who communicate with us by email. Inquiries may be forwarded to the appropriate ACS department for response and may be entered into our constituent database. If your name is entered into the database, we may contact you (see (2) above).

## External Use

Your health-related information is privileged and confidential and will not be shared or released to any organization or business entity other than those affiliated with or working in conjunction with ACS as follows:

We use third parties to provide you with the following services:
Cancer Profiler: Disclosure of personal information is optional when using the cancer profiler. Additional services offered by NexCura are covered by their privacy policy and may require payment and disclosure.

Clinical Trials: If you are considering clinical trial participation and would like to use the American Cancer Society Clinical Trials Matching Service, you must register with www.cancer.org and complete a screening questionnaire. This service is offered through a partnership between the American Cancer Society and the Coalition of Cancer Cooperative Groups. As part of the matching process, the Society and the Coalition will share your information with each other. If requested, the Society will then contact you to discuss the details or provide further information.

We occasionally make our constituent names and postal addresses available to other reputable non-profit organizations. We have found this to be the most cost-effective method of increasing our database of potential constituents and hope that you value the information they send you. Your name is only available to these carefully screened organizations for a limited time and it is de-identified, such that it is not associated with the American Cancer Society. Other organizations will not have continued access to your name and address unless you choose to respond to their initial mailing. We do not share email addresses or health related data. Information gathered as part of Cancer Profiler or Clinical Trials (above) is not shared.

We occasionally hire other companies to provide limited services on our behalf. We will only provide those companies the information they need to deliver the service and prohibit them from using that information for any other purpose.

We have relationships with companies that conduct charitable sales promotions and commercial coventures that support us in our mission and activities. If you provide us with your mailing address, we may pass your contact information to these companies so that they may ask you if you are interested in receiving their services. Your choice to use their services will benefit us; the amount of money we receive from these entities as a result of your participation is disclosed at the time you are contacted about the service. You are under no obligation to respond and the companies are restricted from using your contact information for any other purpose. Information gathered as part of Cancer Profiler or Clinical Trials (above) is not shared.

## Your Options

We respect your privacy and allow you to restrict internal and external sharing of your personal information. We recognize that you may wish to limit the ways in which we contact you and we offer the following options:

Do not contact me by telephone.
Do not contact me by postal mail.
Do not contact me by email.
Do not share my contact information with other non-profit organizations.
Do not contact me with fundraising requests supporting the American Cancer Society.
Limit your fundraising appeals to semiannual solicitations only.

Do not contact me or share my information with anyone.

For more information on how to inform us of any desired restrictions, please click on the following link: opt out. If you contact us with an opt-out request, all reasonable efforts will be taken to ensure that you will not receive any of the selected communications from us in the future. If you do not wish to opt out at this time, you may do so at a later date should you so desire.

If you opt back into a specific service, you will receive communication in that manner, regardless of your overall opt out selections. These services may include newsletter subscriptions or email communication by asking a question using "Contact Us."

## Access

Upon request, we will provide you with the information we maintain about you so that you may request corrections. This information will be sent via postal mail, which we believe is the most secure method of communication. Please contact us by email at privacyrequest@cancer.org or in writing at:

Security and Privacy Requests
The American Cancer Society National Cancer Information Center
11701 Stonehollow Dr
Austin, TX 78758

To protect your privacy and security, we will take reasonable steps to verify your identity before providing information or making corrections.

## Data Security

We are committed to protecting the security of your personal information and to honoring your choices for its intended use. To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we strive to maintain physical, electronic, and administrative safeguards.

We process your financial transactions securely using the Payment Card Industry Data Security Standard ("PCI DSS") (the credit card industry's most stringent security standard). Examples of our security measures include: physical, electronic, and procedural safeguards; sophisticated security monitoring tools; documented security policies; use of strong encryption (e.g., SSL) for transmissions of Order Information to and from our credit card processor; restricted access of personally identifiable information; and, periodic security audits.

Inside ACS, data is stored in password-controlled servers. Our staff and volunteers are educated about the importance of safeguarding your information and we are committed to holding them accountable for protecting your confidentiality. However, such precautions do not guarantee Site is invulnerable to all security breaks. ACS makes no warranty, guarantee, or representation that the use of our Site is protected from viruses, security threats, or other vulnerabilities and that your information will always be secure.

Whenever ACS permits an external third party to access personally-identifiable information, appropriate procedures are followed to help ensure that the information is used only for authorized purposes and by authorized persons in a manner consistent with the choices ACS constituents have made under this statement, and that the security, integrity and privacy of the information is maintained. While ACS will employ procedures to help ensure that your information is only used for authorized purposes as described above, we cannot make any guarantees with respect to the actions or policies of such third parties.

## Links Within Our Site

### Internal Links

Because of the various programs and services at ACS, there are several privacy notices to inform our constituents of policies specific to the activity in which they are participating. Please click on any one of the following links to learn more:

Cancer Survivors Network

Continuing Medical Education: Online Database

## External Links

Our privacy policies apply only to your use of an ACS Site. The www.cancer.org website contains links to other sites, including sites that have a special relationship with us. We do not disclose personally identifiable information to those operating linked sites and we are not responsible for their privacy practices. Links to other sites do not imply an endorsement of the materials or policies on those websites. You should read the privacy policies of each site you visit to determine what information that site may be collecting about you.

## Contact Us

This privacy statement will be updated periodically and posted on our Site. It applies only to our on-line practices and does not encompass other areas of the organization. Please click on one of the links provided under Internal Links to read other ACS privacy statements. It applies to the on-line practices of ACS. References to "American Cancer Society", "ACS", "we", "us" and "our" are references to American Cancer Society, Inc. and its affiliates, staff and volunteers. We reserve the right to change this policy at any time by posting revisions. You agree to review the Privacy Policies each time you use our Site so that you are aware of any modifications. By accessing or using the Site, you agree to be bound by all of the terms and conditions of the ACS Online and Mobile Application Privacy Policy as posted at the time of your access or use. If you have any questions about our policy or our compliance, you may send us an email at privacyrequest@cancer.org or write to:

Security and Privacy Requests
The American Cancer Society National Cancer Information Center
11701 Stonehollow Dr
Austin, TX 78758

## Policy Updates

We reserve the right to update this policy at any time.  Any changes will be effective immediately upon the posting of the revised policy.

About Us Topics

- Who We Are
- How We Help You
- Honoring People Who Are Making A Difference
- Global Health
- ACS Policies
- Press Room
- Employment Opportunities
- Dr. Len's Blog
- Gift Shop

| CANCER INFORMATION | PROGRAMS & SERVICES | ACS EVENTS | ABOUT ACS | MORE ACS SITES |
|---|---|---|---|---|
| Cancer Basics | Breast Cancer Support | Making Strides Against Breast Cancer Walks | About Us | Bookstore |
| Cancer Prevention & Detection | TLC Hair Loss & Mastectomy Products | Coaches vs. Cancer | Contact Us | ACS CAN |
| Signs & Symptoms of Cancer | Hope Lodge® Lodging | Relay For Life Events | Local Offices | Gift Shop |
| Treatments & Side Effects | Rides To Treatment | College Relay For Life | Volunteer | Cancer Atlas |

| Cancer Facts & Statistics | Online Support Communities | Relay Recess | Employment | Global Health |
| News About Cancer | | Donate a Car | Become a Supplier | Finish the Fight |
| Expert Voices Blog | | | Report Fraud or Abuse | Press Room |
| | | | | Mobile Site |

Help  |  Site Map  |  Privacy  |  Accessibility  |  Terms of Use  |  State Fundraising Notices  |  **Site Comments**

 Health On The Net    National Health Council

Better Business Bureau

© 2015 American Cancer Society, Inc. All rights reserved. The American Cancer Society is a qualified 501(c)(3) tax-exempt organization. Cancer.org is provided courtesy of the Leo and Gloria Rosen family.