AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; [see attached for complete caption]<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Facebook, Inc.
156 University Avenue
Palo Alto, California 94301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Koncius
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  Paul R. Kiesel, State Bar No. 119854
      kiesel@kiesel-law.com
2  Jeffrey Koncius, State Bar No. 189803
      koncius@kiesel-law.com
3  Nicole Ramirez, State Bar No. 279017
      ramirez@kiesel-law.com
4  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
5  Beverly Hills, CA 90211-2910
   Tel:    310-854-4444
6  Fax:    310-854-0812

7  Stephen M. Gorny [to be admitted *Pro Hac Vice*]     Jay Barnes [to be admitted *Pro Hac Vice*]
      steve@gornylawfirm.com                               jaybarnes5@zoho.com
8  Chris Dandurand [to be admitted *Pro Hac Vice*]       Rod Chapel [to be admitted *Pro Hac Vice*]
      chris@gornylawfirm.com                               rod.chapel@gmail.com
9  **THE GORNY LAW FIRM, LC**                            **BARNES & ASSOCIATES**
   2 Emanuel Cleaver II Boulevard, Suite 410             219 East Dunklin Street, Suite A
10 Kansas City, MO 64112                                 Jefferson City, MO 65101
   Tel.:   816-756-5056                                  Tel.:   573-634-8884
11 Fax:    816-756-5067                                  Fax:    573-635-6291

12 *Attorneys for Plaintiffs*

13 *(Additional Attorneys Listed on Signature Page)*

14               **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

| 16 | WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated, | CASE NO. |
|---|---|---|
| 17 | | <u>CLASS ACTION</u> |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS - MD ANDERSON CANCER CENTER, | |
| 25 | Defendants. | |

                                1                    CLASS ACTION COMPLAINT