| | |
|---|---|
| 1 | Jeffrey Rabkin (State Bar No. 189798) |
|   | jrabkin@jonesday.com |
| 2 | Brian G. Selden (State Bar No. 261828) |
|   | bgselden@jonesday.com |
| 3 | Alexandra A. McDonald (State Bar No. 300950) |
|   | amcdonald@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated, | Case No. 5:16-cv-01282-EJD |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JONES DAY AS COUNSEL FOR DEFENDANT AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.** |
| v. | |
| FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS – MD ANDERSON CANCER CENTER, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jeffrey Rabkin, Brian G. Selden, and Alexandra A. McDonald of Jones Day hereby enter their appearance as counsel of record on behalf of Defendant American Society of Clinical Oncology, Inc. in the above-captioned matter. Mr. Selden, Mr. Rabkin, and Ms. McDonald are admitted to practice in the State of California and

before this Court.  Defendant hereby requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

>Brian G. Selden
>Jeffrey Rabkin
>Alexandra A. McDonald
>JONES DAY
>555 California Street, 26th Floor
>San Francisco, CA 94104
>Telephone: (415) 626-3939
>Facsimile:  (415) 875-5700
>Email: bgselden@jonesday.com
>Email: jrabkin@jonesday.com
>Email: amcdonald@jonesday.com

Dated: April 14, 2016

JONES DAY

By: */s/ Alexandra A. McDonald*
   Alexandra A. McDonald

Attorneys for Defendant
AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.