1 | Jeffrey Rabkin (State Bar No. 189798)
jrabkin@jonesday.com
2 | Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
3 | Alexandra A. McDonald (State Bar No. 300950)
amcdonald@jonesday.com
4 | JONES DAY
555 California Street, 26th Floor
5 | San Francisco, CA 94104
Telephone: (415) 626-3939
6 | Facsimile: (415) 875-5700

7 | Brandy H. Ranjan (*Pro Hac Vice* Admission Pending)
branjan@jonesday.com
8 | JONES DAY
P.O. Box 165017
9 | Columbus, OH 43215
Telephone: (614) 469-3939
10 | Facsimile: (614) 461-4198

11 | Attorneys for Defendant
AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS – MD ANDERSON CANCER CENTER,<br><br>Defendants. | Case No. 5:16-cv-01282-EJD<br><br>**AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for American Society of Clinical Oncology, Inc. ("ASCO"), hereby certifies that as of this date, other than the named parties, ASCO has no interested entities to report. ASCO is the sole corporate member of QOPI Certification Program, LLC; CancerLinQ LLC; and ASCO Leasing LLC.

Dated: April 14, 2016	JONES DAY

By: */s/ Alexandra A. McDonald*
    Alexandra A. McDonald

Attorneys for Defendant
AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.