| | |
|---|---|
| Jeffrey Rabkin (State Bar No. 189798)<br>jrabkin@jonesday.com<br>Brian G. Selden (State Bar No. 261828)<br>bgselden@jonesday.com<br>Alexandra A. McDonald (State Bar No. 300950)<br>amcdonald@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile:  (415) 875-5700<br><br>Brandy H. Ranjan (*Pro Hac Vice* Admission Pending)<br>branjan@jonesday.com<br>JONES DAY<br>P.O. Box 165017<br>Columbus, OH 43215<br>Telephone: (614) 469-3939<br>Facsimile:  (614) 461-4198<br><br>Attorneys for Defendant<br>AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC. | Paul R. Kiesel (State Bar No. 119854)<br>kiesel@kiesel-law.com<br>Jeffrey A. Koncius (State Bar No. 189803)<br>koncius@kiesel-law.com<br>Nicole Ramirez (State Bar No. 279017)<br>ramirez@kiesel-law.com<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Telephone: (310) 854-4444<br>Facsimile:  (310) 854-0812<br><br>Attorneys for Plaintiffs<br>WINSTON SMITH; JANE DOE I; and JANE DOE II<br><br>*Additional Attorneys Listed on Signature Page* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS – MD ANDERSON CANCER CENTER,<br><br>　　　　　Defendants. | Case No. 5:16-cv-01282-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICAN SOCIETY OF CLINICAL ONCOLOGY TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Defendant American Society of Clinical Oncology ("ASCO") and Plaintiffs Winston Smith, Jane Doe I, and Jane Doe II ("Plaintiffs") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiffs filed the Complaint on March 15, 2016 and served ASCO on March 24, 2016;

WHEREAS ASCO currently has until April 14, 2016 to answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS Plaintiffs and ASCO have agreed pursuant to Civil L.R. 6-1(a) that ASCO shall have up to and including May 31, 2016 to answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS the stipulated extension will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that ASCO shall have up to and including May 31, 2016 to move or plead in response to the Complaint and that ASCO reserves all rights and defenses including, without limitation, all rights and defenses with respect to venue and jurisdiction.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 14, 2016 | KEISEL LAW LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Jeffrey A. Koncius* |
| | | Paul R. Kiesel |
| 5 | | Jeffrey A. Koncius |
| | | Nicole Ramirez |

Attorneys for Plaintiffs
WINSTON SMITH, JANE DOE I, and JANE DOE II

Dated: April 14, 2016    JONES DAY

By: /s/ *Alexandra A. McDonald*
   Alexandra A. McDonald

Attorneys for Defendant
AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.

Additional Counsel of Record:

THE GORNY LAW FIRM, LC
Stephen M. Gorny
steve@gornylawfirm.com
Chris Dandurand
chris@gornylawfirm.com
2 Emanuel Cleaver II Boulevard, Suite 410
Kansas City, MO 64112
Tel: 816-756-5056
Fax: 816-759-5067

BARNES & ASSOCIATES
Jay Barnes
jaybarnes5@zoho.com
Rod Chapel
rod.chapel@gmail.com
219 East Dunklin Street, Suite A
Jefferson City, MO 65101
Tel: 573-634-8884
Fax: 573-635-6291

EICHEN CRUTCHLOW ZASLOW & McELROY
Barry R. Eichen
beichen@njadvocates.com
Evan J. Rosenberg
erosenberg@njadvocates.com
40 Ethel Road
Edison, NJ 08817

Tel: 732-777-0100
Fax: 732-248-8273

THE SIMON LAW FIRM, P.C.
Amy Gunn
agunn@simonlawpc.com
800 Market St., Ste. 1700
St. Louis, MO 63101
Tel: 314-241-2929
Fax: 314-241-2029

BERGMANIS LAW FIRM, L.L.C.
Andrew Lyskowski
alykowski@ozarklawcenter.com
380 W. Hwy. 54, Ste. 201
Camdenton, MO 65020
Tel: 573-346-2111
Fax: 573-346-5885

Attorneys for Plaintiffs
WINSTON SMITH, JANE DOE I, and JANE DOE II

## **CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Alexandra A. McDonald, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 14, 2016

/s/ *Alexandra A. McDonald*
Alexandra A. McDonald

# CERTIFICATE OF SERVICE

I, Alexandra A. McDonald, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104. On April 14, 2016, I served a copy of the **STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICAN SOCIETY OF CLINICAL ONCOLOGY TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Paul R. Kiesel<br>kiesel@kiesel-law.com<br>Jeffrey A. Koncius<br>koncius@kiesel-law.com<br>Nicole Ramirez<br>ramirez@kiesel-law.com<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Telephone: (310) 854-4444<br>Facsimile:  (310) 854-0812<br><br>Stephen M. Gorny<br>steve@gornylawfirm.com<br>Chris Dandurand<br>chris@gornylawfirm.com<br>THE GORNEY LAW FIRM<br>2 Emanuel Cleaver II Boulevard, Suite 410<br>Kansas City, MO 64112<br>Tel: 816-756-5056<br>Fax: 816-759-5067 | Jay Barnes<br>jaybarnes5@zoho.com<br>Rod Chapel<br>rod.chapel@gmail.com<br>BARNES & ASSOCIATES<br>219 East Dunklin Street, Suite A<br>Jefferson City, MO 65101<br>Tel: 573-634-8884<br>Fax: 573-635-6291<br><br>Barry R. Eichen<br>beichen@njadvocates.com<br>Evan J. Rosenberg<br>erosenberg@njadvocates.com<br>EICHEN CRUTCHLOW ZASLOW & McELROY<br>40 Ethel Road<br>Edison, NJ 08817<br>Tel: 732-777-0100<br>Fax: 732-248-8273 |

| | |
|---|---|
| Amy Gunn<br>agunn@simonlawpc.com<br>THE SIMON LAW FIRM, P.C.<br>800 Market St., Ste. 1700<br>St. Louis, MO 63101<br>Tel: 314-241-2929<br>Fax: 314-241-2029 | Andrew Lyskowski<br>alykowski@ozarklawcenter.com<br>BERGMANIS LAW FIRM, L.L.C.<br>380 W. Hwy. 54, Ste. 201<br>Camdenton, MO 65020<br>Tel: 573-346-2111<br>Fax: 573-346-5885 |
| Shelley G. Hurwitz<br>Shelley.hurwitz@hklaw.com<br>HOLLAND & KNIGHT LLP<br>400 S. Hope St., 9th Floor<br>Los Angeles, CA 90071<br>Tel: 213-896-2476<br>Fax: 213-896-2450 | John Nadolenco<br>jnadolenco@mayerbrown.com<br>Mayer Brown LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Tel: 213-229-9500<br>Fax: 213-625-0248 |
| David I. Holtzman<br>David.holtzman@hklaw.com<br>John Palmer Kern<br>John.kern@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Tel: 415-743-6900<br>Fax: 415-743-6910 | Lauren R. Goldman<br>lrgoldman@mayerbrown.com<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-506-2647<br>Fax: 212-262-1910 |

Executed on April 14, 2016, at San Francisco, California.

*/s/ Alexandra A. McDonald*
Alexandra A. McDonald