UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINSTON SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 5:16-cv-01282-EJD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 74 |

The Stipulated Motion for Administrative Relief Regarding Responses to Complaint and Subsequent Briefing (Dkt. No. 74) is GRANTED IN PART and DENIED IN PART as follows:

1. Each Defendant shall have until June 30, 2016, to answer or otherwise respond to Plaintiffs' Complaint.

2. To the extent more than one Defendant moves to dismiss all or part of the Complaint, Defendants *shall* combine and a file consolidated brief such that only *one* motion challenging the pleading is filed. Any Memorandum of Points and Authorities in support of the motion, consolidated or otherwise, shall not exceed 35 pages.

3. Plaintiffs shall have until August 1, 2016, to file an opposition to any motion challenging the pleading, and any Memorandum of Points and Authorities in support of the opposition shall not exceed 35 pages.

    4.    Defendants shall have until August 22, 2016, to file *one* reply in support of any motion challenging the pleading, consolidated or otherwise, and any Memorandum of Points and Authorities in support of the reply shall not exceed 25 pages.

**IT IS SO ORDERED.**

Dated: June 17, 2016



EDWARD J. DAVILA
United States District Judge

---

Case No.: 5:16-cv-01282-EJD
ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR ADMINISTRATIVE RELIEF

2