Teresa C. Chow (State Bar No. 237694)
tchow@bakerlaw.com
Matthew D. Pearson (State Bar No. 294302)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Paul Karlsgodt (admitted *pro hac vice*)
pkarlsgodt@bakerlaw.com
Casie Collignon (admitted *pro hac vice*)
ccollignon@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805

Attorneys for Defendant
THE UNIVERSITY OF TEXAS – MD ANDERSON CANCER CENTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS – MD ANDERSON CANCER CENTER,

Defendants.

Case No. 5:16-cv-01282-EJD

**DEFENDANT UNIVERSITY OF TEXAS - MD ANDERSON CANCER CENTER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

Date: August 25, 2016
Time: 9:00 a.m.
Dept.: 4
Before: Hon. Edward J. Davila

Pursuant to Federal Rules of Evidence Rule 201, Defendant University of Texas–MD Anderson Cancer Center ("MD Anderson") respectfully requests that this Court take judicial notice that it is a Texas state agency for Eleventh Amendment immunity purposes:

1. This Court may take judicial notice of any matter that is "not subject to reasonable dispute because it ... (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid., Rule 201(b)(2). MD Anderson's status as a Texas state agency can be readily determined from statutory sources, government websites, and case authorities whose accuracy cannot reasonably be questioned.

2. MD Anderson is a component institution of The University of Texas System, and under the management and control of The Board of Regents of The University of Texas System, who are each appointed by the Governor of the State of Texas. TEX. EDUC. CODE §§ 65.02(12), 65.11, 73.001; see also TEX. GOV'T CODE §§ 441.101(3), 572.002(10)(B); 556.001(2)(B). See https://www.utsystem.edu/institutions (listing the institutions that are part of the University of Texas System).

2. As part of The University of Texas System, MD Anderson is considered an arm of the State of Texas. See TEX. GOV'T CODE §§ 441.101(3), 572.002(10)(B), 556.001(2)(B) (all defining the term "state agency" to include a "university system or an institution of higher education").

3. Various state and federal courts have previously held that MD Anderson is a state agency entitled to sovereign immunity under the Eleventh Amendment. *See, e.g.*, *Univ. of Texas M.D. Anderson Cancer Ctr. v. Eltonsy*, 451 S.W.3d 478, 481 (Tex. App.—Houston [14th Dist.] 2014, no pet.) ("The University of Texas MD Anderson Cancer Center is a governmental unit generally entitled to sovereign immunity."); *Xechem Int'l Inc. v. Univ. of Tex. MD Anderson Cancer Ctr.*, 382 F.3d 1324, 1328 (Fed. Cir. 2004); *Fite v. Univ. of Tex. M.D. Anderson Cancer Ctr.*, No. 12-cv-3739, 2013 WL 3338587, at *2 (S.D. Tex. Jul 2, 2013); *Xechem Int'l, Inc. v. Univ. of Tex. MD Anderson Cancer Ctr.*, No. H-02-1013, 2003 WL 24232747, at *9 (S.D. Tex. Mar. 19, 2003); *Biddlecome v. Univ. of Tex. M.D. Anderson Cancer Ctr.*, No. 96-1872, 1997 WL 124220, at *4-*5 (S.D. Tex. Mar. 13, 1997). *Cf. Whitehead v. Univ. of Tex. Health Sci. Center at*

*San Antonio*, 854 S.W.2d 175 (Tex. App.—San Antonio 1993, no pet.). These holdings are consistent with opinions in the Ninth Circuit regarding higher education and research institutions. *See Hagel v. Portland State University*, 237 Fed. App'x 146, 148 (9th Cir. 2007); *Rounds v. Oregon State Bd. of Educ.*, 166 F.3d 1032, 1035 (9th Cir. 1999); *Belanger v. Madera Unified Sch. Dist.*, 963 F.2d 248, 251 (9th Cir. 1992).

WHEREFORE, MD Anderson respectfully requests that the Court take judicial notice that it is a Texas state agency for purposes of sovereign immunity under the Eleventh Amendment to the United States Constitution.

Dated: June 30, 2016

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
Teresa C. Chow

Attorneys for Defendant
UNIVERSITY OF TEXAS – MD
ANDERSON CANCER CENTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

I, Teresa C. Chow, declare:

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On June 30, 2016, I served a copy of the **DEFENDANT UNIVERSITY OF TEXAS - MD ANDERSON CANCER CENTER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Paul R. Kiesel
kiesel@kiesel-law.com
Jeffrey A. Koncius
koncius@kiesel-law.com
Nicole Ramirez
ramirez@kiesel-law.com
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Stephen M. Gorny
steve@gornylawfirm.com
Chris Dandurand
chris@gornylawfirm.com
Amy Collignon Gunn
agunn@simonlawpc.com
THE GORNEY LAW FIRM
2 Emanuel Cleaver II Boulevard, Suite 410
Kansas City, MO 64112
Telephone: (816) 756-5056
Facsimile: (816) 759-5067

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Jay Barnes
jaybarnes5@zoho.com
Rod Chapel
rod.chapel@gmail.com
BARNES & ASSOCIATES
219 East Dunklin Street, Suite A
Jefferson City, MO 65101
Telephone: (573) 634-8884
Facsimile: (573) 635-6291

Barry R. Eichen
beichen@njadvocates.com
Evan J. Rosenberg
erosenberg@njadvocates.com
EICHEN CRUTCHLOW ZASLOW & McELROY
40 Ethel Road
Edison, NJ 08817
Telephone: (732) 777-0100
Facsimile: (732) 248-8273

David Ilan Holtzman
david.holtzman@hklaw.com
John Palmer Kern
john.kern@hklaw.com
HOLLAND AND KNIGHT LLP
50 California Street
28th Floor
San Francisco, CA 94590
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley Gershon Hurwitz
shelley.hurwitz@hklaw.com
HOLLAND & KNIGHT LLP
400 S. Hope St.
9th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2476
Facsimile: (213) 896-2450

Alexandra Alford McDonald
amcdonald@jonesday.com
Jeffrey Rabkin
jrabkin@jonesday.com
Brian G. Selden
bgselden@jonesday.com
JONES DAY
555 California St. 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

Brandy Hutton Ranjan
branjan@jonesday.com
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198

Michael H. Rubin
mrubin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Lauren R Goldman
lrgoldman@mayerbrown.com
MAYER BROWN LLP
1221 Avenue Of The Americas
New York, NY 10020
Telephone: (212) 506-2647

John Nadolenco
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Nimrod Thomas Chapel, Jr.
rod.chapel@gmail.com
BARNES AND ASSOCIATES
219 E. Dunklin Street
Jefferson City, MO 65101
Telephone: (573) 634-8884
Facsimile: (573) 635-6291