Paul R. Kiesel, State Bar No. 119854
*kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
*ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

Barry. R. Eichen [Admitted *Pro Hac Vice*]
*beichen@njadvocates.com*
Evan J. Rosenberg [Admitted *Pro Hac Vice*]
*erosenberg@njadvocates.com*
Ashley A. Smith [Admitted *Pro Hac Vice*]
*asmith@njadvocates.com*
**EICHEN CRUTCHLOW ZASLOW & McELROY**
40 Ethel Road
Edison, NJ 08817
Tel.: 732-777-0100
Fax: 732-248-8273

Stephen M. Gorny [Admitted *Pro Hac Vice*]
*steve@gornylawfirm.com*
Chris Dandurand [Admitted *Pro Hac Vice*]
*chris@gornylawfirm.com*
**THE GORNY LAW FIRM, LC**
2 Emanuel Cleaver II Boulevard, Suite 410
Kansas City, MO 64112
Tel.: 816-756-5056
Fax: 816-756-5067

Jay Barnes [Admitted *Pro Hac Vice*]
*jaybarnes5@zoho.com*
Rod Chapel [Admitted *Pro Hac Vice*]
*rod.chapel@gmail.com*
**BARNES & ASSOCIATES**
219 East Dunklin Street, Suite A
Jefferson City, MO 65101
Tel.: 573-634-8884
Fax: 573-635-6291

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WINSTON SMITH; JANE DOE I; and JANE DOE II, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FACEBOOK, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN SOCIETY OF CLINICAL ONCOLOGY, INC.; MELANOMA RESEARCH FOUNDATION; ADVENTIST HEALTH SYSTEM; BJC HEALTHCARE; CLEVELAND CLINIC; and UNIVERSITY OF TEXAS - MD ANDERSON CANCER CENTER,

Defendants.

CASE NO. 5:16-cv-01282-EJD

**DECLARATION OF JANE DOE II IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**

Date: April 13, 2017
Time: 9:00 a.m.
Crtrm.: 4, 5th Floor
Judge: Hon. Edward J. Davila

**DECLARATION OF JANE DOE II**

1. I am the individual identified as Jane Doe II and I am of sound mind, over the age of eighteen years old, capable of making this Declaration, and personally acquainted with the facts stated herein.

2. Plaintiff Jane Doe II sought information, sent to, and received from BarnesJewish.org communications relating to a sensitive medical condition, and her husband's doctor:

- http://www.barnesjewish.org/physicians/details.aspx?physician=1033041
- http://www.barnesjewish.org/physicians/details.aspx?physician=1027051

3. Plaintiff Jane Doe II sought information, sent to, and received from ClevelandClinic.org communications relating to intestine transplants:

- http://my.clevelandclinic.org/search/results?q=intestine%20transplant

4. These communications contained confidential, private, medical and personal information.

5. I did not consent, in any form, to disclosure of these communications to Facebook.

6. Disclosure of these communications already caused irreparable harm in that my sensitive medical communications were disclosed and tracked by a third-party against my consent. My confidential, private, medical, and personal information should not be disclosed to third-parties.

7. It is none of Facebook's business what communications I am sending to barnesjewish.org and clevelandclinic.org or any other website that promises not to disclose my personally identifiable information to third-parties.

/ / /

/ / /

/ / /

/ / /

/ / /

8. The continued unauthorized disclosure of, review, and use of the information above creates additional irreparable harm and puts other persons in my situation at risk of irreparable harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 12, 2016, at St. Louis, Missouri.

*/s/ Jane Doe II*
Jane Doe II

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Jeffrey A. Koncius, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

*/s/ Jeffrey A. Koncius*
Jeffrey A. Koncius