UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Smith, et al.,<br><br>           Plaintiff(s)<br><br>v.<br><br>Facebook, Inc., et al.,<br><br>           Defendant(s) | Case No. C 5:16-cv-01282-EJD<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

    ☒ have not yet reached an agreement to an ADR process OR

    ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| Shelley G. Hurtwitz<br>Counsel for Defendant American Cancer Society, Inc. | (213) 896-2476<br>shelley.hurtwitz@hklaw.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 22, 2016          Signed: /s/ Nicole Ramirez
                                         Attorney for Plaintiff

Date: November 22, 2016          Signed: /s/ Shelley G. Hurtwitz
                                         Attorney for Defendant

Print Form

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Smith, et al. , <br><br>          Plaintiff(s) <br><br> v. <br><br> Facebook, Inc., et al. , <br><br>          Defendant(s) | Case No. C 5:16-cv-01282-EJD <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

   ☒ have not yet reached an agreement to an ADR process OR

   ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| Shelley G. Hurtwitz<br>Counsel for Defendant Adventist Health System | (213) 896-2476<br>shelley.hurtwitz@hklaw.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 22, 2016          Signed: /s/ Nicole Ramirez
                                         Attorney for Plaintiff

Date: November 22, 2016          Signed: /s/ Shelley G. Hurtwitz
                                         Attorney for Defendant

Print Form

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Smith, et al.<br><br>    Plaintiff(s)<br><br>v.<br><br>Facebook, Inc., et al.<br><br>    Defendant(s) | Case No. C 5:16-cv-01282-EJD<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

    ☒ have not yet reached an agreement to an ADR process OR

    ■ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey Rabkin<br>Counsel for Defendant ASCO | (415) 875-5850<br>jrabkin@jonesday.law |
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 23, 2016    Signed: /s/ Nicole Ramirez
                                                 Attorney for Plaintiff

Date: November 22, 2016    Signed:
                                                 Attorney for Defendant

Print Form

*Important:* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Smith, et al. , | Case No. C 5:16-cv-01282-EJD |
|---|---|
| Plaintiff(s) | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| Facebook, Inc., et al. , | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and that they:

☑ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| Michael H. Rubin<br>Counsel for Defendant BJC HEALTHCARE | (650) 849-3311<br>mrubin@wsgr.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  November 23, 2016    Signed:  /s/ Nicole Ramirez
                                     Attorney for Plaintiff

Date:  November 23, 2016    Signed:  /s/ Michael Rubin
                                     Attorney for Defendant

Print Form

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Smith, et al.

    Plaintiff(s)

v.

Facebook, Inc., et al.

    Defendant(s)

Case No. C 5:16-cv-01282-EJD

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| David A. Carney<br>Counsel for Defendant Cleveland Clinic | (216) 861-7634<br>dcarney@bakerlaw.com |
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 23, 2016    Signed: /s/ Nicole Ramirez
                                                    Attorney for Plaintiff

Date: November 23, 2016    Signed: [signature]
                                                    Attorney for Defendant

Print Form

*Important: E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

Form ADR-TC rev. 6-2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Smith, et al.        ,<br><br>                  Plaintiff(s)<br>v.<br><br>Facebook, Inc., et al.        ,<br><br>                  Defendant(s) | Case No. C 5:16-cv-01282-EJD<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| Lauren Goldman<br>Counsel for Facebook, Inc. | (212) 506-2647<br>lrgoldman@mayerbrown.com |
| John Nadolenco<br>Counsel for Facebook, Inc. | (213) 229-5173<br>jnadolenco@mayerbrown.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 23, 2016            Signed: /s/ Nicole Ramirez
                                                   Attorney for Plaintiff

Date: November 22, 2016            Signed: /s/ Lauren R. Goldman
                                                   Attorney for Defendant

Print Form

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Smith, et al.,  Plaintiff(s)  v.  Facebook, Inc., et al.,  Defendant(s) | Case No. C 5:16-cv-01282-EJD  NOTICE OF NEED FOR ADR PHONE CONFERENCE |
|---|---|

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius  Counsel for Plaintiffs | (310) 854-4444  koncius@kiesel.law |
| Jay Barnes  Counsel for Plaintiffs | (573) 634-8884  jaybarnes5@zoho.com |
| Shelley G. Hurtwitz  Counsel for Defendant Melanoma Research Foundation | (213) 896-2476  shelley.hurtwitz@hklaw.com |
|  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 22, 2016    Signed: /s/ Nicole Ramirez
                                    Attorney for Plaintiff

Date: November 22, 2016    Signed: /s/ Shelley G. Hurtwitz
                                    Attorney for Defendant

Print Form

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Smith, et al.

    Plaintiff(s)

v.

Facebook, Inc., et al.

    Defendant(s)

Case No. C 5:16-cv-01282-EJD

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 15, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jeffrey A. Koncius<br>Counsel for Plaintiffs | (310) 854-4444<br>koncius@kiesel.law |
| Jay Barnes<br>Counsel for Plaintiffs | (573) 634-8884<br>jaybarnes5@zoho.com |
| Paul G. Karlsgodt<br>Counsel for Defendant MD Anderson | (303) 861-0600<br>pkarlsgodt@bakerlaw.com |
|  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: November 22, 2016    Signed: /s/ Nicole Ramirez
                                                Attorney for Plaintiff

Date:                              Signed:
                                                Attorney for Defendant

Print Form

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

Form ADR-TC rev. 6-2016

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Nicole Ramirez, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

*/s/ Nicole Ramirez*
Nicole Ramirez