United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINSTON SMITH, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., et al.,<br><br>      Defendants. | Case No.  5:16-cv-01282-EJD<br><br>**JUDGMENT** |

Defendants' motion to dismiss having been granted (Dkt. No. 96);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Facebook, Inc.

All other matters are TERMINATED and VACATED.

**IT IS SO ORDERED.**

Dated:  May 9, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-01282-EJD
JUDGMENT

1